IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE:<br>JASON TAYLOR MARTIN,<br><br>*Debtor.*<br><br>———————————————<br><br>BRENDA PARK,<br>*Plaintiff,*<br><br>vs.<br><br>JASON TAYLOR MARTIN,<br>CHRISTINA ELIZABETH MARTIN,<br>LAURIE REA, Chapter 7 Trustee for<br>Jason Taylor Martin and DALTEX<br>CONSTRUCTION SERVICES, LLC<br>*Defendants.* | §§§§§§§§§§§§§§§ | CASE NO. 22-42492-elm7<br>CHAPTER 7<br><br>ADVERSARY NO. _____ |

## COMPLAINT FOR DECLARATORY JUDGMENT

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COMES Brenda Park, and files this her Complaint for Declaratory Judgment, pursuant to and in support thereof would show the Court the following:

1. 28 U.S.C. § 1334 grants the United States District Court for the Northern District of Texas jurisdiction over this adversary proceeding. This action has been referred to this Court pursuant to 28 U.S.C. § 157(a), and is brought pursuant to Bankruptcy Rule 7001.

2. This action is a core proceeding under 28 U.S.C. §157(b)(1).

3. Venue is proper before this court under 28 U.S.C. §1409.

4. Defendant Jason Taylor Martin is the Debtor in this Chapter 7 case.

5. Defendant Christina Elizabeth Martin is an individual residing in Rockwall County, Texas and may be served with the Summons through her attorney, Jesse Melester, at 25 Adriatic Pkwy, Suite 108, McKinney, Texas 75072.

6. Defendant Laurie Rea is the Chapter 7 bankruptcy Trustee in this matter and may be served with the Summons at 777 Main St., Suite 1500, Fort Worth, Texas 76102.

7. Defendant Daltex Construction Services, LLC is a Texas limited liability company and may be served with the Summons through its member Christina Elizabeth Martin.

### Background Facts

8. Daltex Construction Services, LLC ("Daltex Construction") is a Texas limited liability company. Filed records of Daltex Construction show that Christina Martin, Jason Martin, and Rick Park as Managing Members of Daltex Construction. See Exhibit "1" hereto. Rick Park was (i) the father of Christina Martin, (ii) the father-in-law of Jason Martin, and (iii) the husband of Brenda Park. Rick Park died on January 2, 2021. Through his Will, Rick Park left all his assets and ownership interests, which would include his ownership interest in Daltex Construction, to Brenda Park. As such, Brenda Park has an ownership interest in Daltex Construction.

9. Brenda Park has requested and been denied by Jason Martin all access to information related to Daltex Construction, including its ownership and business activities.

10. Jason Martin has also prevented Brenda Park from access to Daltex Construction's business information, accounts, assets, funds, business operations, etc.

11. Jason Martin is denying that Rick Park or Brenda Park have any ownership interest in Daltex Construction.

12. Laurie Rea, the Chapter 7 Trustee for the Debtor is joined in this action, as Trustee of the Estate, because as Trustee of Jason Martin's Estate, she has ownership interest in Daltex

Construction. Jason Martin has not claimed that the interest in Daltex Construction to be exempt, and the interest is valuable property of the Estate.

### A. Causes of Action
### COUNT I—DECLARATORY JUDGMENT

13. Brenda Park realleges and incorporates herein the preceding paragraphs of this Complaint.

14. Brenda Park contends that she is an owner and member of Daltex Construction. Jason Martin contends that she is not and that she has no rights or any ownership interest in Daltex Construction.

15. As such, there is a dispute as to Brenda Park's interest in Daltex Construction. Brenda Park seeks a declaration as to her ownership interests in Daltex Construction.

16. This Declaratory Judgement action was previously filed *In the Matter of Marriage of Jason Taylor Martin v. Christina Elizabeth Martin*, Cause No. 470-54104-2021, in the 470th District Court in Collin County, Texas, but such Declaratory Judgment portion of the case is stayed by Jason Martin's bankruptcy filing.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Brenda Park, requests that Defendants Jason Taylor Martin, Christina Elizabeth Martin, Laurie Rea, Trustee and Daltex Construction Services, LLC, be cited to answer and appear herein and upon final trial hereof, that the Court enter a Judgment:

    a. Declaring the ownership rights in Daltex Construction Services, LLC of Brenda Park, Jason Martin, Christina Martin, and the Trustee;

    b. Awarding Brenda Park her attorneys' fees through trial and all appeals, and costs and on; and

    c. Granting Brenda Park such other and further relief as this Court deems just.

Respectfully submitted,

/s/ Richard G. Dafoe
Richard G. Dafoe
State Bar No. 05309500
rdafoe@wslawpc.com
Scott E. Hayes
State Bar No. 09280050
shayes@wslawapc.com
**WADDELL SERAFINO GEARY RECHNER JENEVEIN P.C.**
Comerica Bank Tower
1717 Main Street, 25th Floor
Dallas, Texas 75201-7341
214-979-7400 – Telephone
214-979-7402 – Facsimile

**ATTORNEYS FOR BRENDA PARK**



05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ Tcode 13196 Franchise

■ Taxpayer number: 3 2 0 7 2 1 5 2 1 4 6

■ Report year: 2 0 2 0

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name: **Daltex Construction Services LLC**

☐ Blacken circle if the mailing address has changed.

Mailing address: **1214 Exchange Pkwy**

City: **Richardson**   State: **TX**   ZIP code plus 4: **75081**

Secretary of State (SOS) file number or Comptroller file number: **0803437260**

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office:
Principal place of business:

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

**Please sign below!** This report must be signed to satisfy franchise tax requirements.

1000000000015

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration (mm dd yy) |
|---|---|---|---|
| Christina Martin | Manager member | ○ YES | |
| Mailing address: 1214 Exchange Pkwy | City: Plano | State: TX | ZIP Code: 75081 |
| Jason Martin | Manager member | ○ YES | |
| Mailing address: 1214 Exchange Pkwy | City: Plano | State: TX | ZIP Code: 75081 |
| Rick Park | Manager member | ○ YES | |
| Mailing address: 1214 Exchange Pkwy | City: Plano | State: TX | ZIP Code: 75081 |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent: **Jason Martin**

Office: **1214 Exchange Dr**   City: **Richardson**   State: **TX**   ZIP Code: **75081**

*The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.*

I declare that the information in this report and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

sign here ► **Jason Martin**   Title: **Manager member**   Date: **02/28/2020**   Area code and phone number: **( 972 ) 423 - 9000**

**Texas Comptroller Official Use Only**

VE/DE ○   PIR IND ○

**EXHIBIT 1**