| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-4<br>Case 22-42492-elm7<br>Northern District of Texas<br>Ft. Worth<br>Mon Feb 17 16:44:10 CST 2025 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Sherrel K. Knighton<br>2777 N. Stemmons Frwy<br>Suite 1000<br>Dallas, TX 75207-2328 |
| Quantum3 Group LLC as agent for<br>Paradigm Assets Recovery LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Richardson ISD<br>c/o Perdue Brandon Fielder et al<br>500 East Border Street, Suite 640<br>Arlington, TX 76010-7457 | The American National Bank of Texas<br>c/o Michael P. Menton<br>3333 Lee Parkway, Eighth Floor<br>Dallas, TX 75219-5111 |
| 501 W. Tenth Street<br>Fort Worth, TX 76102-3637 | Albin Oldner Law<br>5665 North Dallas Parkway<br>#200<br>Frisco, TX 75034-7373 | American Express<br>Correspondence/Bankruptcy<br>PO Box 981540<br>El Paso, TX 79998-1540 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Atmos Energy<br>PO Box 790311<br>St. Louis, MO 63179-0311 |
| Attorney General of Texas<br>Bankruptcy Section<br>P.O. BOX 12548<br>Austin, TX 78711-2548 | Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Baylor Scott & White<br>Medical Center Sunnyvale<br>231 South Collins Road<br>Sunnyvale, TX 75182-4624 |
| Brenda Park<br>8129 County Road 2419<br>Royse City, TX 75189-2832 | Capital One Auto Finance, a division of<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Bank/Bass Pro<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Christina Martin<br>c/o Mr. Jesse Douglass Melester<br>250 Adriatic Pkwy Ste 108<br>Mckinney, TX 75072-8285 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | Citibank/The Home Depot<br>Citicorp Credit Services<br>Centralized Bankruptcy Dept.<br>PO Box 790034<br>St Louis, MO 63179-0034 |
| City of Richardson<br>PO Box 831907<br>Richardson, TX 75083-1907 | Credit One Bank<br>Attn: Bankruptcy Department<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | Cree Lighting<br>PO Box 7410318<br>Chicago, IL 60674-0318 |
| Daltex Construction Services, LLC<br>c/o Scott Hayes<br>1717 Main Street - 25th floor<br>Dallas, Texas 75201-4612 | Daltex Electric, LLC<br>c/o Scott Hayes<br>1717 Main Street - 25th floor<br>Dallas, Texas 75201-4612 | Digestive Health Associates of TX<br>8267 Elmbrook Drive<br>Suite 110<br>Dallas, TX 75247-4078 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Financial<br>Attn: Bankruptcy<br>PO Box 3025<br>New Albany, OH 43054-3025 | Don Freitag<br>7303 Eagle Bend Court<br>Dallas, TX 75249-4035 |

| | | |
|---|---|---|
| Elliott Electric Supply<br>PO Box 206524<br>Dallas, TX 75320-6524 | Felix Hernandez<br>3701 Cimmarron Blvd<br>#2502<br>Corpus Christi, TX 78414-3588 | Hernson Electric<br>3701 Cimmarron Blvd.<br>#2502<br>Corpus Christi, TX 78414-3588 |
| INTERNAL REVENUE SERVICE<br>1100 Commerce Street<br>MC 5026 DAL<br>Dallas, TX 75242-1100 | INTERNAL REVENUE SERVICE<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Marcus Powell<br>Powell Roofing<br>321 Sweetleaf Dr<br>Fate, TX 75087-0346 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Midland Funding, LLC<br>Attn: Bankruptcy<br>PO Box 939069<br>San Diego, CA 92193-9069 | Milestone Security<br>1646 West Chester Pike<br>#31<br>West Chester, PA 19382-7979 |
| Nathan Park<br>c/o Scott Hayes<br>1717 Main #2500<br>Dallas, Texas 75201-7341 | PPCBM Facility Management<br>5627 TX-276<br>Royse City, TX 75189 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Parkside Service Center<br>PO Box 2785<br>Frisco, TX 75034-0052 | (p)PERITUS PORTFOLIO SERVICES II  LLC<br>PO BOX 141419<br>IRVING TX 75014-1419 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Professional Plotter Tech<br>3913 Todd Lane<br>#512<br>Austin, TX 78744-1060 | RCR Construction LLC<br>1214 Exchange Dr<br>Richardson, TX 75081-2313 | RLM Contractors<br>2638 Rosewood Drive<br>Mesquite, TX 75150-1943 |
| Raining Favor<br>3701 Cimmarron Blvd<br>#2502<br>Corpus Christi, TX 78414-3588 | Reliant Energy<br>PO Box 650475<br>Dallas, TX 75265-0475 | Scott Park<br>DBA SPMC Services, LLC<br>1088 Harvest Hills Circle<br>Royse City, TX 75189-2858 |
| Scott Park<br>SPMC Services LLC<br>1088 Harvest Hill Circle<br>Royse City, TX 75189-2858 | SettlePou<br>Attn: Michael P. Menton<br>3333 Lee Parkway<br>Eighth Floor<br>Dallas, TX 75219-5111 | Shermco<br>PO Box 540545<br>Dallas, TX 75354-0545 |
| Spectrum<br>PO Box 60074<br>City of Industry, CA 91716-0074 | Summit Electric Supply<br>PO Box 848345<br>Dallas, TX 75284-8345 | Sunstate Equipment<br>PO Box 208439<br>Dallas, TX 75320-8439 |

| | | |
|---|---|---|
| Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony/PayPal Credit<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | The American National Bank of Texas<br>c/o Michael P. Menton<br>3333 Lee Parkway, 8th Floor<br>Dallas, TX 75219-5111 |
| U.S. Dept. Of Education<br>400 Maryland Avenue, SW Room 6E353<br>Washington DC, 20202-2110 | U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | UT Southwestern Medical Center<br>5323 Harry Hines Blbd.<br>Dallas, TX 75390-7200 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | Waddell Serafino Geary Rechner<br>Jenevein, P.C.<br>Comerica Bank Tower<br>1717 Main Street, 25th Floor<br>Dallas, TX 75201-4612 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Wex-Quick Trip<br>PO Box 4337<br>Carol Stream, IL 60197-4337 | David James Shuster<br>Shuster Law, PLLC<br>860 Hebron Parkway<br>Suite 303<br>Lewisville, TX 75057-5143 | Jason Taylor Martin<br>1016 Sycamore Street<br>Burleson, TX 76028-7040 |
| (p)LAURIE DAHL REA<br>ROCHELLE MCCOLLOUGH LLP<br>300 THROCKMORTON STREET SUITE 520<br>FORT WORTH TX 76102-2929 | Nathan Park<br>1717 Main Street<br>25th Floor<br>Dallas, TX 75201-4612 | Warren V. Norred<br>Norred Law PLLC<br>515 E. Border Street<br>Arlington, TX 76010-7402 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | Pendrick Capital Partners, Llc<br>Peritus Portfolio Services Ii, Llc<br>Po Box 141419<br>Irving, TX 75014-1419 | Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy<br>120 Corporate Boulevard<br>Norfolk, VA 23502 |
| Laurie Dahl Rea<br>Rochelle McCullough LLP<br>300 Throckmorton Street<br>Ste 520<br>Fort Worth, TX 76102 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Quantum3 Group LLC as agent for<br>Paradigm Assets Recovery LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | (d)Richardson ISD<br>c/o Perdue Brandon Fielder et al<br>500 East Border Street, Suite 640<br>Arlington, TX 76010-7457 | End of Label Matrix<br>Mailable recipients     74<br>Bypassed recipients      2<br>Total                   76 |