Laurie Dahl Rea
State Bar No. 00796150
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton, Suite 520
Fort Worth, Texas 76102
Telephone: 817-347-5260
Facsimile: 817-347-5269
laurie.rea@romclaw.com

CHAPTER 7 TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| JASON TAYLOR MARTIN, | ) | CASE NO. 22-42492-ELM-7 |
| | ) | |
| Debtors. | ) | |

**TRUSTEE'S NOTICE OF INTENT TO ABANDON PROPERTY**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ELDON B. MAHON FEDERAL BUILDING, 501 W. TENTH STREET, ROOM 147, FORT WORTH, TX 76102 BEFORE CLOSE OF BUSINESS ON FEBRUARY 2, 2026, WHICH IS AT LEAST SEVENTEEN (17) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO WRITTEN OBJECTION IS FILED WITH THE BANKRUPTCY COURT WITHIN SEVENTEEN (17) DAYS OF SERVICE OF THIS NOTICE, THE PROPERTY DESCRIBED IN THIS NOTICE SHALL BE DEEMED ABANDONED AS OF THE DATE OF THE FILING OF THIS NOTICE WITH THE BANKRUPTCY COURT.**

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

Laurie Dahl Rea, Chapter 7 Trustee ("Trustee"), files this *Notice of Intent to Abandon Property*.

1.  On October 19, 2022, Jason Taylor Martin (the "Debtor") filed this chapter 7 bankruptcy case. The Trustee was appointed the chapter 7 trustee, and she continues to serve in that capacity.

2.  The Debtor listed the following property on his Schedules A/B filed October 19, 2022 [Docket No. 1]: 60% of the ownership interest Daltex Construction Services (the "Scheduled Ownership Interest").

3.  The Debtor testified at the section 341 meeting of creditors on November 15, 2022 that he also has a 40% ownership interest in Daltex Electric, LLC (the "Unscheduled Ownership Interest").

4.  It is the Trustee's belief that the Scheduled Ownership Interest and the Unscheduled Ownership Interest have no value to the estate, and it is in the best interest of the estate to abandon it.

5.  The Trustee files this notice of intent to abandon the Scheduled Ownership Interest and the Unscheduled Ownership Interest pursuant to 11 U.S.C. §554 and Federal Rule of Bankruptcy Procedure 6007.

Dated: January 14, 2026.

Respectfully submitted,

/s/ Laurie Dahl Rea
Laurie Dahl Rea
State Bar No. 00796150
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton, Suite 520
Fort Worth, Texas 76102
Telephone: 817-347-5260
Facsimile: 817-347-5269
laurie.rea@romclaw.com

CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

    I hereby certify that, on January 14, 2026, a copy of this document was electronically filed in this case with the Clerk of the United States Bankruptcy Court by using the CM/ECF system, a copy was served on the parties who receive notice via the Court's ECF notification system, and a copy was served via first class U.S. mail on each of the parties set forth on the attached service list.

                                                /s/ Laurie Dahl Rea
                                                Laurie Dahl Rea