Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for Debtor

# United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

.

| | |
|---|---|
| In re:<br>Jason Taylor Martin,<br><br>Debtor. | Case No. 22-42492-elm7<br><br>Chapter 7 |

## **NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the undersigned hereby notifies the Court, Trustee, and

all interested parties of the following change of address for Debtor, Jason Taylor Martin:

**Old Address:**
1016 Sycamore Street
Burleson, TX 76028

**New Address:**
1320 NW Summercrest Blvd. Apt. 412,
Burleson, Texas 76028

Effective immediately, please update your records accordingly. All future correspondence,

notices, and documents should be sent to the new address provided above.

DATED: April 8, 2026.

Respectfully submitted,

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Debtor

22-42492-elm7, Notice of Change of Address

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 8, 2026, a true and correct copy of this Notice was served via ECF notification to all parties receiving electronic notice in this case.

<u>/s/ Clayton L. Everett </u>
Clayton L. Everett