United States Bankruptcy Court

Northern District of Texas

In re:                                               Case No. 22-42492-elm

Jason Taylor Martin                         Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 06, 2026 | Form ID: pdf012 | Total Noticed: 8 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jason Taylor Martin, 1016 Sycamore Street, Burleson, TX 76028-7040 |
| aty | + | Rochelle McCullogh, 300 Throckmorton Street, Suite 520, Fort Worth, TX 76102-2929 |
| cr | + | Nathan Park, 1717 Main Street, 25th Floor, Dallas, TX 75201-4612 |
| cr | + | The American National Bank of Texas, c/o Michael P. Menton, 3333 Lee Parkway, Eighth Floor, Dallas, TX 75219-5111 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 06 2026 21:37:35 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 06 2026 21:39:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o Sherrel K. Knighton, 2777 N. Stemmons Frwy, Suite 1000, Dallas, TX 75207-2328 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Apr 06 2026 21:39:00 | Quantum3 Group LLC as agent for, Paradigm Assets Recovery LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/Text: emccain@pbfcm.com | Apr 06 2026 21:39:00 | Richardson ISD, c/o Perdue Brandon Fielder et al, 500 East Border Street, Suite 640, Arlington, TX 76010-7457 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citibank N.A. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0539-4 | User: admin | Page 2 of 2
Date Rcvd: Apr 06, 2026 | Form ID: pdf012 | Total Noticed: 8

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2026 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| David James Shuster | on behalf of Debtor Jason Taylor Martin info@shusterlawfirm.com noticesbankruptcy@gmail.com;monique@shusterlawfirm.com;Shuster.DaveB137663@notify.bestcase.com;jennifer@shusterlawfirm.com;paralegal@shusterlawfirm.com;juliancrowdershuster@jubileebk.net |
| Eboney D. Cobb | on behalf of Creditor Richardson ISD emccain@pbfcm.com  rgleason@pbfcm.com |
| Laurie D. Rea | on behalf of Defendant Laurie Rea laurie.rea@romclaw.com  tandi.levario@romclaw.com |
| Laurie D. Rea | on behalf of Trustee Laurie Dahl Rea laurie.rea@romclaw.com  tandi.levario@romclaw.com |
| Laurie Dahl Rea | trusteelaurierea@gmail.com  TX83@ecfcbis.com;tandi.levario@romclaw.com;ecf.alert+ReaTXNB@titlexi.com |
| Laurie Dahl Rea | on behalf of Trustee Laurie Dahl Rea trusteelaurierea@gmail.com TX83@ecfcbis.com;tandi.levario@romclaw.com;ecf.alert+ReaTXNB@titlexi.com |
| Michael Paul Menton | on behalf of Creditor The American National Bank of Texas mikementon@waderobertslaw.com |
| Richard G. Dafoe | on behalf of Creditor Nathan Park rdafoe@vinlaw.com  rdafoe@ecf.inforuptcy.com;jwhite@ecf.inforuptcy.com |
| Richard G. Dafoe | on behalf of Plaintiff Daltex Electric  LLC rdafoe@vinlaw.com, rdafoe@ecf.inforuptcy.com;jwhite@ecf.inforuptcy.com |
| Richard G. Dafoe | on behalf of Plaintiff Brenda Park rdafoe@vinlaw.com  rdafoe@ecf.inforuptcy.com;jwhite@ecf.inforuptcy.com |
| Richard G. Dafoe | on behalf of Plaintiff Nathan Park rdafoe@vinlaw.com  rdafoe@ecf.inforuptcy.com;jwhite@ecf.inforuptcy.com |
| Scott Hayes | on behalf of Plaintiff Nathan Park shayes@wslawpc.com |
| Scott Hayes | on behalf of Plaintiff Daltex Electric  LLC shayes@wslawpc.com |
| Scott Hayes | on behalf of Plaintiff Brenda Park shayes@wslawpc.com |
| Sherrel K. Knighton | on behalf of Creditor Dallas County Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Eva.Parker@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| Warren V. Norred | on behalf of Debtor Jason Taylor Martin warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Warren V. Norred | on behalf of Defendant Jason Taylor Martin warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

TOTAL: 18



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 6, 2026**

_____
**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

|  |  |
|---|---|
| IN RE: | ) CHAPTER 7 CASE |
| | ) |
| JASON TAYLOR MARTIN, | ) CASE NO. 22-42492-elm7 |
| | ) |
| Debtor. | ) |
| | ) |

### ORDER GRANTING TRUSTEE'S MOTION TO AUTHORIZE PAYMENT OF EXEMPT HOMESTEAD PROCEEDS TO DEBTOR AND NON-FILING SPOUSE

The Court has considered the *Trustee's Motion to Authorize Payment of Exempt Homestead Proceeds to Debtor and Non-Filing Spouse* (the "Motion") [Docket No. 49] filed on March 11, 2026, by Laurie Dahl Rea, the Chapter 7 Trustee ("Trustee"). Upon review of the Motion and the record in this case, the Court finds as follows: (a) the Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) the Motion was properly served on all parties in interest; (d) the Motion was served with negative notice language requiring any response on or before April 1, 2026, and no responses were filed; and (e) the Motion is well-taken and should be granted. It is therefore

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the Trustee is authorized to the pay Jason Taylor Martin the amount of

$6,897.50 for his 50% share of the Exempt Homestead Proceeds; and it is further

**ORDERED** that the Trustee is authorized to the pay Christina Elizabeth Martin the amount

of $6,897.50 for her 50% share of the Debtor's Exempt Homestead Proceeds.

### END OF ORDER ###

Submitted by:

/s/ Laurie Dahl Rea
Laurie Dahl Rea
State Bar No. 00796150
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton, Suite 520
Fort Worth, Texas 76102
Telephone:  817-347-5260
Facsimile:  817-347-5269
laurie.rea@romclaw.com

CHAPTER 7 TRUSTEE