Laurie Dahl Rea
State Bar No. 00796150
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton, Suite 520
Fort Worth, Texas 76102
Telephone: 817-347-5260
Facsimile: 817-347-5269
laurie.rea@romclaw.com

COUNSEL FOR THE
CHAPTER 7 TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
|  | ) |  |
| JASON TAYLOR MARTIN, | ) | CASE NO. 22-42492-elm-7 |
|  | ) |  |
| Debtor. | ) |  |

## FEE APPLICATION COVER HEET

**Final Fee Application of:** Rochelle McCullough, LLP
**Time Period:** February 9, 2023 through April 16, 2026
**Capacity:** Counsel for Laurie Dahl Rea, Chapter 7 Trustee for Jason Taylor Martin

**Retainer Received:** $0.00
**Amount Previously Paid**: $0.00

**Amount Requested:**
Fees: $9,175.00
Expenses: $538.01
**Total Amount Requested: $9,713.01**

| **Expenses:** | **Hourly Rates:** Attorney | Paralegal/Clerical |
|---|---|---|
| Copies per page: $.20 (Total: $143.60) | Highest Rates: $675.00 | $225.00 |
| Postage: $192.83 | Hours Billed: 11.30 | 9.50 |
| Research: $201.58 | | |

*/s/ Laurie Dahl Rea*        April 16, 2026
Signature                    Date

Laurie Dahl Rea
State Bar No. 00796150
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton, Suite 520
Fort Worth, Texas 76102
Telephone:  817-347-5260
Facsimile:  817-347-5269
laurie.rea@romclaw.com

COUNSEL FOR THE
CHAPTER 7 TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

|  |  |
|---|---|
| IN RE: | ) CHAPTER 7 CASE |
|  | ) |
| JASON TAYLOR MARTIN, | ) CASE NO. 22-42492-elm-7 |
|  | ) |
| Debtor. | ) |

## FIRST AND FINAL APPLICATION FOR ALLOWANCE OF
## FEES AND EXPENSES OF ROCHELLE MCCULLOUGH, LLP,
## COUNSEL TO THE CHAPTER 7 TRUSTEE

**NO HEARING WILL BE HELD ON THIS APPLICATION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 W. 10TH STREET, ROOM 147, FORT WORTH, TEXAS BEFORE CLOSE OF BUSINESS ON MAY 7, 2026, WHICH IS AT LEAST TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON THE UNDERSIGNED COUNSEL FOR MOVANTS PRIOR TO THE DATE AND TIME SET FORTH HEREIN.  IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON THIS APPLICATION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.**

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

Rochelle McCullough, LLP ("Applicant" or "ROMC") files this *First and Final Application for Allowance of Fees and Expenses of Rochelle McCullough, LLP, Counsel to the Chapter 7 Trustee* (the "Application") for the period beginning February 9, 2023 through April 16, 2026 ("Application Period"). In support of this Application, Applicant respectfully states as follows:

## BACKGROUND

1. On October 19, 2022, Jason Taylor Martin (the "Debtor") filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code commencing bankruptcy case number 22-42492. The Trustee was appointed as the chapter 7 trustee.

2. On March 7, 2023, the Court entered the *Order Granting Application to Employ Rochelle McCullough, LLP as Counsel for the Chapter 7 Trustee* [Docket No. 27].

## TOTAL COMPENSATION REQUESTED

3. The Applicant files this Application under § 330 of the Bankruptcy Code for final allowance of fees of **$9,175.00**[1] and reimbursement of expenses of **$538.01** for a total compensation award of **$9,713.01**. The Application covers the time from February 9, 2023 through April 16, 2026. Details of the services performed, and expenses incurred by the Applicant on behalf of the Trustee for this period are itemized on the attached **Exhibit A**.

## SERVICES RENDERED DURING APPLICATION PERIOD

4. ROMC has performed legal services as needed on behalf of the Trustee since the date of its retention. During the Application Period, ROMC expended **20.80** hours of professional time that resulted in charges for professional fees of **$9,175.00** and incurred expenses on behalf of the Trustee in the amount of **$538.01**. Based on the professional services rendered by ROMC

---

[1] This amount reflects a reduction of fees in the amount of $3,865.

during the Application Period, the total requested amount of **$9,713.01** for fees and expenses represents a reasonable fee for such services.

5.      In support of this Application, ROMC has attached **<u>Exhibit A</u>** which contains detailed invoices, a summary of fees by professional, a summary of fees by project billing code, and a summary of expenses. ROMC's professionals recorded all services in time increments of one tenth (0.10) of an hour.  ROMC used project billing categories consistent with the guidelines established by the Office of the United States Trustee. All services performed by ROMC's professionals were necessary for the Trustee to comply with her statutory duties and to fulfill her fiduciary obligations under the Bankruptcy Code.

6.      ROMC sought to discharge its responsibilities in the most inexpensive and efficient way possible.  ROMC has limited the number of lawyers involved in this case to maximize familiarity with the subject matter and avoid waste or duplicative efforts.  ROMC has assigned the performance of tasks to the least senior lawyer capable of performing such tasks consistent with sound legal representation and supervision.  ROMC's professionals are well qualified for the work performed on behalf of the Trustee.  ROMC's professionals specialize in the areas of insolvency, corporate reorganization, and bankruptcy litigation.

7.      During the Application Period, ROMC billed time to the following project categories:

(a)     <u>Asset Disposition</u>.  ROMC incurred fees of **$630.00** representing and assisting the Trustee with obtaining Court approval to pay the Debtor his claimed exemption of proceeds from the sale of the debtor's marital residence turned over by divorce counsel and to pay the Debtor's nonfiling spouse her portion of the funds pursuant to the family court action.

(b)     <u>Fee/Employment Applications</u>.  ROMC incurred fees of **$647.50** obtaining

retention of ROMC and attending to other fee and employment related matters.

(c) Relief from Stay/Adequate Protection Proceedings. ROMC incurred fees of **$4,137.50** representing and assisting the Trustee with reviewing and responding to the Debtor's request for stay relief to pursue a divorce action in family court and negotiating an agreed order on stay relief to protect estate assets.

(d) Litigation Matters: ROMC incurred fees of **$1,720.00** representing and assisting the Trustee with the responding to and analyzing Adversary Proceedings relating to assets of and claims against the estate.

## EVALUATION STANDARDS

8. Pursuant to section 330(a) of the Bankruptcy Code, the Court may award a retained professional "reasonable compensation for actual, necessary services" and "reimbursement for actual, necessary expenses." In determining the reasonableness of the proposed fee award, the Court is directed by section 330(a)(3) to consider the following: (a) the time spent; (b) the rates charged; (c) whether the services were necessary to the administration of or beneficial to the case; (d) whether the services were performed within a reasonable time, given the complexity, importance, and nature of the task; (e) whether the professional person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and (f) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners.

9. In the Fifth Circuit, the reasonableness of a bankruptcy fee award is further evaluated pursuant to a "lodestar" analysis *Johnson v. Georgia Highway Express, Inc.,* 488 F.2d 714 (5th Cir. 1974).

10. The sum of **$9,175.00** for fees incurred during the Application Period is reasonable

compensation for the professional services rendered by Applicant based on a lodestar analysis and the standards first set forth in *Johnson,* 488 F.2d at 717-19, made applicable to bankruptcy cases in *First Colonial Corporation of America,* 544 F.2d 1291, 1298-99 (5th Cir. 1977), *cert denied,* 431 U.S. 904 (1977), and as further explained in *In re Cahill*, 428 F.3d at 539-40, *In re Fender*, 12 F.3d at 487, *In re Lawler*, 807 F.2d 1207 (5th Cir. 1987), and *Copper Liquor, Inc. v. Adolph Coors Co.,* 684 F.2d 1087 (5th Cir. 1982).  The Applicant requests that the Court consider the following factors in evaluating this Application:

(a)    The time and labor required.  Applicant spent 20.80 hours providing services to the Trustee and this estate.  Details of the services performed, and expenses incurred are provided in **Exhibit A**.

(b)    The novelty and difficulty of questions.  The issues addressed by Applicant were not overly difficult or novel.

(c)    The skill required to perform services properly.  The services performed by ROMC's professionals on behalf of the Trustee required the skills of trained bankruptcy professionals.  ROMC operates in the specialized field of bankruptcy law with experience representing trustees and the case was carefully staffed to ensure all services were performed in an efficient and cost-effective manner.

(d)    Preclusion of other employment.  Applicant has not declined any representation because of its service as accountant for the Trustee.

(e)    Customary fees.  The rates charged by ROMC are its normal charges for routine work of the type done during the Application Period.  According to the best information available, the rates sought for approval here are generally below those sought in comparably sized cases, both in this district and around the country, from counsel of similar experience.

(f)      Whether the fee is fixed or contingent. Applicant received no retainer at the start of its work.  As a result, this case has effectively proceeded on a contingency basis.

(g)      Time limitations.  The case did not call for emergency pleadings and did not impose undue time restrictions on the Applicant.

(h)      Amounts involved and results obtained.  ROMC assisted the Trustee with obtaining homestead proceeds (which are part exempt and part non-exempt); protecting the estate's interest in an adversary proceeding, opposing stay relief to the extent it harmed the estate, working out an agreed stay relief order, and other matters.  As of April 16, 2026, the Trustee has approximately $70,788.34 in estate property. Of that amount, the Trustee will pay the Debtor and his spouse a total of $13,795.00 as exempt property.  The remainder will be distributed to creditors.

(i)      The experience, reputation, and abilities of the accountant.  Most of the members of ROMC have spent their entire professional careers working in the bankruptcy field.  ROMC believes that the abilities of the professionals were more than adequate to address any challenges that arose.

(j)      Undesirability of the case.  This representation of the Trustee was not undesirable.

(k)      The nature and length of the professional relationship with the client.  The Trustee is an attorney with ROMC.  ROMC has represented the Trustee in other cases prior to being retained in this case and continues to represent the Trustee in other cases.

(l)      Awards in similar cases.  The compensation sought is consistent with or below fees being awarded in other cases of similar size in this or other districts in the nation.

### EXPENSES

11.      The out-of-pocket expenses incurred by the Applicant during the Application

Period total **$538.01** and is summarized on the attached **Exhibit A**.

WHEREFORE, PREMISES CONSIDERED, Applicant requests that this Court enter an order approving the compensation of **$9,175.00** for fees and **$538.01** for expenses for the period from February 9, 2023 through April 16, 2026 and granting Applicant such other and further relief, general or special, at law or in equity, to which it may be justly entitled.

Dated: April 16, 2026.                       Respectfully submitted,

/s/ Laurie Dahl Rea
Laurie Dahl Rea
State Bar No. 00796150
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton Street, Suite 520
Fort Worth, TX  76102
Telephone: (817) 347-5260
Facsimile: (817) 347-5269
laurie.rea@romclaw.com

COUNSEL FOR THE
CHAPTER 7 TRUSTEE

### STATEMENT OF CERTIFYING PROFESSIONAL

The undersigned hereby certifies that I have read the foregoing and to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement requested (a) are in conformity with the Court's Guidelines for Compensation and Reimbursement of Professionals, effective January 1, 2001, and (b) were billed at rates, in accordance with practices, no less favorable than those customarily employed by the Applicant and generally accepted by the Applicant's clients.

/s/ Laurie Dahl Rea
Laurie Dahl Rea

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served via ECF Electronic Notice on April 16, 2026.  I further certify that a true and correct copy of the foregoing document was additionally served via email upon the United States Trustee on April 16, 2026.

Erin Schmidt
Office of the U.S. Trustee
Northern District of Texas
1100 Commerce St., Room 976
Dallas TX 75242-1496
erin.schmidt2@usdoj.gov

Susan Hersh
Office of the U.S. Trustee
Northern District of Texas
1100 Commerce St., Room 976
Dallas TX 75242-1496
susan.hersh@usdoj.gov

/s/ Laurie Dahl Rea
Laurie Dahl Rea

# EXHIBIT A

**ROCHELLE MCCULLOUGH, LLP**
**901 Main St, Suite 3200**
**Dallas, Texas  75202**
(214) 580-2515
Billing Contact:  Administrator

Martin, Jason Taylor

Attn: Laurie Rea

Page: 1
April 16, 2026
Account No:   1255-00090F
Statement No:        8476

Representation of Laurie Dahl Rea, Chapter 7 Trustee

### Fees

| Date | | | | Description | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 02/09/2023 | TL | B197 | A111 | Draft Appl to Employ ROMC | 225.00 | 0.50 | 112.50 |
| | TL | B183 | A111 | Draft Trustee's Answer to Park Adversary Complaint. | 225.00 | 0.50 | 112.50 |
| 02/10/2023 | TL | B197 | A111 | Revise and file Appl to Employ ROMC. | 225.00 | 0.50 | 112.50 |
| | LDR | B183 | A111 | Revise Answer to Park Adversary Complaint | 650.00 | 0.50 | 325.00 |
| | LDR | B197 | A111 | Review Application to Employ ROMC. | 650.00 | 0.10 | 65.00 |
| 02/22/2023 | LDR | B183 | A111 | Confer with plaintiff's counsel about adversary proceeding and potential resolutions. | 650.00 | 0.10 | 65.00 |
| 02/28/2023 | LDR | B183 | A111 | Review document requests from plaintiff (.1); conference with Brenda Parks' counsel about adversary proceeding and potential for settlement (.2). | 650.00 | 0.30 | 195.00 |
| 03/06/2023 | TL | B197 | A111 | Draft and file CONO and proposed Order employing ROMC. | 225.00 | 0.30 | 67.50 |
| | LDR | B197 | A111 | Review and approve order on ROMC employment. | 650.00 | 0.10 | 65.00 |
| 07/07/2023 | LDR | B183 | A111 | Calls to Richard Dafoe and Scott Hayes about status of adversary proceedings. | 650.00 | 0.20 | 130.00 |
| 07/10/2023 | LDR | B183 | A111 | Conference with Scott Hayes about trial docket call and adversary status (.1); attend trial docket call (.5). | 650.00 | 0.60 | 390.00 |
| 12/04/2023 | LDR | B183 | A111 | Correspondence with plaintiff's counsel about adversary dismissal and review status of AP (.2); review and comment on motion and order of dismissal (.3). | 650.00 | 0.50 | 325.00 |
| 12/19/2023 | TL | B183 | A111 | Reviewed AP case dockets for case statuses. | 225.00 | 0.50 | 112.50 |

Page: 2

Martin, Jason Taylor

April 16, 2026
Account No:      1255-00090F
Statement No:         8476

Representation of Laurie Dahl Rea, Chapter 7 Trustee

|  |  |  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|---|---|
| 04/03/2024 | TL | B310 | A111 | Draft Objections to BOA and LVNV claims. | 225.00 | 1.00 | 225.00 |
| 04/09/2024 | TL | B310 | A111 | Revise, file and serve objection to BOA Claims. | 225.00 | 0.50 | 112.50 |
|  | LDR | B310 | A111 | Review and revise BOA & LVNV claim objections. | 650.00 | 0.20 | 130.00 |
| 04/25/2024 | TL | B310 | A111 | Revise, file and serve objection to LVNV claims. | 225.00 | 0.50 | 112.50 |
| 05/06/2024 | TL | B310 | A111 | Review amended claim (.2); correspondence with BOA regarding supporting documentation (.2); draft proposed order on claim obj (.5). | 225.00 | 0.90 | 202.50 |
| 05/14/2024 | TL | B310 | A111 | Correspondence with BOA regarding required attorney approval of proposed order on objection to claims. | 225.00 | 0.20 | 45.00 |
| 05/31/2024 | TL | B310 | A111 | Draft and file Cert of No Obj and Proposed Order disallowing LVNV claim (.3); draft proposed agreed order on BOA claim objection (.5); correspondence with BOA rep regarding proposed order for attorney approval (.2). | 225.00 | 1.00 | 225.00 |
|  | LDR | B310 | A111 | Review and approve LVNV claim objection order. | 650.00 | 0.10 | 65.00 |
| 06/04/2024 | TL | B310 | A111 | Correspondence with BOA attorney regarding approval of agreed order (.2); file proposed order (.1). | 225.00 | 0.30 | 67.50 |
|  | LDR | B310 | A111 | Review and approve BOA claim objection order. | 650.00 | 0.10 | 65.00 |
| 02/12/2025 | TL | B140 | A111 | Begin draft response to Agreed Motion for Relief from Stay. | 225.00 | 0.50 | 112.50 |
|  | LDR | B140 | A111 | Analysis of motion for relief from stay and impact on the estate and correspondence with debtor's counsel regarding same. | 650.00 | 0.40 | 260.00 |
| 02/13/2025 | LDR | B140 | A111 | Analysis of MTLS and correspondence with debtor's counsel about agreed stay relief motion and possible resolutions. | 650.00 | 0.30 | 195.00 |
| 02/17/2025 | LDR | B140 | A111 | Revise objection to motion for relief from stay. | 650.00 | 0.90 | 585.00 |
| 02/18/2025 | LDR | B140 | A111 | Correspondence with movant's counsel about response to motion for relief. | 650.00 | 0.10 | 65.00 |
| 02/20/2025 | LDR | B140 | A111 | Check on hearing status for MTLS. | 650.00 | 0.10 | 65.00 |
| 02/26/2025 | LDR | B140 | A111 | Call from debtor about stay relief order and divorce decree (.3); conference with debtor's counsel regarding same (.2); review state court docket to see that decree has been entered even |  |  |  |

Martin, Jason Taylor

Representation of Laurie Dahl Rea, Chapter 7 Trustee

| | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| | | | | though MTLS has not been granted (.2); correspondence to counsel regarding same (.1); draft email to counsel about ways to fix the decree so that it does not impact the estate (.3). | 650.00 | 1.10 | 715.00 |
| 02/27/2025 | LDR | B140 | A111 | Correspondence with counsel for debtor and spouse about agreeable terms for a stay relief order. | 650.00 | 0.30 | 195.00 |
| 03/17/2025 | LDR | B140 | A111 | Correspondence with debtor and spouse counsel about motion for relief from stay and trustee's objection to same, including whether to proceed or refile after family court hearing. | 650.00 | 0.10 | 65.00 |
| 05/21/2025 | LDR | B140 | A111 | Review status of claim and adversary proceedings and status of motion for relief and write to all counsel suggesting possible resolution. | 650.00 | 0.20 | 130.00 |
| 06/06/2025 | LDR | B183 | A111 | Correspondence with counsel regarding resolution of pending adversary and stay relief matters. | 650.00 | 0.10 | 65.00 |
| 06/09/2025 | LDR | B140 | A111 | Correspondence with counsel for debtor and spouse about suggested resolution for the motion for relief from stay. | 650.00 | 0.10 | 65.00 |
| 07/01/2025 | LDR | B140 | A111 | Correspondence with debtor and various counsel for debtor and spouse about stay relief and divorce decree terms. | 650.00 | 0.10 | 65.00 |
| 01/14/2026 | LDR | B140 | A111 | Review and comment on proposed agreed divorce decree and suggest changes and agreed order on stay relief pending but abated. | 675.00 | 0.40 | 270.00 |
| 01/20/2026 | LDR | B140 | A111 | Review divorce decree as revised, review pending motion for stay relief and objection, correspondence with parties about stay relief agreement and next steps. | 675.00 | 0.40 | 270.00 |
| 01/21/2026 | LDR | B140 | A111 | Review amended stay relief motion and divorce decree (.2); call to debtor's counsel regarding same (.1); email response to debtor about motion (.1). | 675.00 | 0.40 | 270.00 |
| 01/22/2026 | LDR | B140 | A111 | Correspondence with debtor and spouse counsel about stay relief motion. | 675.00 | 0.10 | 67.50 |
| 01/28/2026 | LDR | B140 | A111 | Correspondence with debtor and his former counsel about motion for relief from stay amendment to include agreed divorce decree acceptable to the bankruptcy estate. | 675.00 | 0.10 | 67.50 |
| 02/04/2026 | LDR | B140 | A111 | Correspondence with debtor and counsel about | | | |

Martin, Jason Taylor

Account No:      1255-00090F
Statement No:              8476

Representation of Laurie Dahl Rea, Chapter 7 Trustee

| | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| | | | | pending motion for relief from stay and possible agreed order. | 675.00 | 0.10 | 67.50 |
| 02/13/2026 | LDR | B140 | A111 | Review and comment on Debtor's counsel's proposed agreed order on stay relief. | 675.00 | 0.30 | 202.50 |
| 02/24/2026 | LDR | B140 | A111 | Correspondence with all parties about pending MTLS. | 675.00 | 0.10 | 67.50 |
| 02/27/2026 | LDR | B140 | A111 | Correspondence from debtor about stay relief. | 675.00 | 0.10 | 67.50 |
| 03/04/2026 | LDR | B140 | A111 | Review and approve agreed stay relief order as revised by debtor's counsel. | 675.00 | 0.20 | 135.00 |
| 03/09/2026 | LDR | B140 | A111 | Correspondence with debtor and his counsel about MTLS and agreed order on divorce. | 675.00 | 0.10 | 67.50 |
| 03/10/2026 | TL | B130 | A111 | Begin draft motion to pay exempt asset to debtor and NFS. | 225.00 | 0.50 | 112.50 |
| 03/11/2026 | TL | B130 | A111 | File and serve motion to pay exempt asset to debtor and NFS. | 225.00 | 0.50 | 112.50 |
| | LDR | B130 | A111 | Revise motion to permit payment of exempt homestead proceeds to debtor and spouse once the divorce decree is final. | 675.00 | 0.50 | 337.50 |
| 03/17/2026 | EMC | B310 | A111 | Research regarding IRS proof of claim and sec. 507(a)(8) priority status | 425.00 | 1.00 | 425.00 |
| 03/18/2026 | LDR | B310 | A111 | Review research regarding tax claim priority and discuss same with Emily Campbell. | 675.00 | 0.10 | 67.50 |
| | EMC | B310 | A111 | Continue research regarding IRS proof of claim and sec. 507(a)(8) priority status | 425.00 | 0.40 | 170.00 |
| | EMC | B310 | A111 | Call with IRS regarding basis for priority proof of claim. | 425.00 | 0.30 | 127.50 |
| 03/25/2026 | LDR | B140 | A111 | Correspondence with family court counsel about entry and finality of divorce decree. | 675.00 | 0.10 | 67.50 |
| 04/02/2026 | TL | B130 | A111 | Draft and file CNO & order on motion to pay debtor and NFS. | 225.00 | 0.30 | 67.50 |
| 04/13/2026 | TL | B179 | A111 | Begin draft ROMC final fee application. | 225.00 | 0.50 | 112.50 |
| 04/16/2026 | TL | B179 | A111 | Revise, file and serve ROMC final fee application. | 225.00 | 0.50 | 112.50 |
| | | | | Employee Issues | | 20.80 | 9,175.00 |
| | | | | For Current Services Rendered | | 20.80 | 9,175.00 |

Martin, Jason Taylor

April 16, 2026
Account No:    1255-00090F
Statement No:         8476

Representation of Laurie Dahl Rea, Chapter 7 Trustee

## Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Emily M Campbell | Associate | 1.70 | $425.00 | $722.50 |
| Laurie D. Rea | Partner | 6.60 | 650.00 | 4,290.00 |
| Laurie D. Rea | Partner | 3.00 | 675.00 | 2,025.00 |
| Tandi Levario | Paralegal | 9.50 | 225.00 | 2,137.50 |

## Expenses

| | | | | |
|---|---|---|---|---|
| 04/30/2024 | B110 | E108 | Postage - April 2024 | 8.36 |
| 04/30/2024 | B110 | E101 | Copying - April 2024 | 31.40 |
| 05/31/2024 | B110 | E101 | Copying - May 2024 | 2.60 |
| 10/01/2024 | B110 | E106 | LexisNexis - September 2024 | 53.34 |
| 11/01/2024 | B110 | E106 | LexisNexis - October 2024 | 13.92 |
| 02/28/2025 | B110 | E108 | Postage - February 2025 | 35.88 |
| 02/28/2025 | B110 | E101 | Copying - February 2025 | 31.20 |
| 02/28/2025 | B110 | E108 | Postage  for February 2025 | 35.88 |
| 01/31/2026 | B110 | E108 | Postage - January 2026 | 38.48 |
| 01/31/2026 | B110 | E101 | Copying - January 2026 | 20.80 |
| 03/31/2026 | B110 | E106 | LexisNexis - March 2026 | 134.32 |
| 03/31/2026 | B110 | E101 | Copying - March 2026 | 48.00 |
| 03/31/2026 | B110 | E108 | Postage - March 2026 | 38.71 |
| 04/15/2026 | B110 | E101 | Copying - April 2026 | 9.60 |
| 04/15/2026 | B110 | E108 | Postage - April 2026 | 35.52 |
| | | | Total Expenses | 538.01 |

Balance Due                                                          $9,713.01

## Task Code Summary

| | | Fees | Expenses |
|---|---|---|---|
| B110 | Case Noticing and Administration | 0.00 | 538.01 |
| B130 | Asset Disposition | 630.00 | 0.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 4137.50 | 0.00 |
| B179 | Fees - ROMC | 225.00 | 0.00 |
| B183 | Litigation Matters | 1720.00 | 0.00 |
| B197 | Retention - RoMc | 422.50 | 0.00 |
| B100 | Administration | 7,135.00 | 538.01 |
| B310 | Claims Administration and Objections | 2040.00 | 0.00 |
| B300 | Claims | 2,040.00 | 0.00 |