Laurie Dahl Rea
State Bar No. 00796150
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton, Suite 520
Fort Worth, Texas 76102
Telephone:  817-347-5260
Facsimile:  817-347-5269
laurie.rea@romclaw.com

COUNSEL FOR THE
CHAPTER 7 TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
|  | ) |  |
| JASON TAYLOR MARTIN, | ) | CASE NO. 22-42492-elm-7 |
|  | ) |  |
| Debtor. | ) |  |

**NOTICE OF FILING OF FIRST AND FINAL
APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES OF
ROCHELLE MCCULLOUGH, LLP, COUNSEL TO THE CHAPTER 7 TRUSTEE**

**NO HEARING WILL BE HELD ON THIS APPLICATION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 W. 10TH STREET, ROOM 147, FORT WORTH, TEXAS 76102 BEFORE CLOSE OF BUSINESS ON MAY 7, 2026, WHICH IS AT LEAST TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON THE UNDERSIGNED COUNSEL FOR MOVANTS PRIOR TO THE DATE AND TIME SET FORTH HEREIN.  IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON THIS APPLICATION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.**

On April 16, 2026, Chapter 7 Trustee, Laurie Dahl Rea (the "Trustee"), filed the *First and*

*Final Application for Allowance of Fees and Expenses of Rochelle McCullough, LLP, Counsel to*

*the Chapter 7 Trustee* (the "Application").  The Application requests approval of compensation of

**$9,175.00** for fees and **$538.01** for expenses for the period from February 9, 2023 through April

16, 2026.  Any party wishing to obtain a copy of the Application may obtain a copy free of charge

by making a request to Laurie Dahl Rea using the contact information below.

DATED: April 16, 2026.

/s/ Laurie Dahl Rea
Laurie Dahl Rea
State Bar No. 00796150
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton Street, Suite 520
Fort Worth, TX  76102
Telephone: (817) 347-5260
Facsimile: (817) 347-5269
laurie.rea@romclaw.com

COUNSEL FOR THE
CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2026, a true and correct copy of the foregoing document was electronically filed in the above captioned case with the Clerk of the United States Bankruptcy Court by using the CM/ECF system and a copy was served on the parties who receive notice via the Court's ECF notification system, and a copy was served via first class U.S. mail on each of the parties set forth on the attached service list.  The service list is omitted from service copies to avoid unnecessary copying and postage charges, but a copy can be obtained free of charge by making a written request to Laurie Dahl Rea using the contact information above.

/s/ Laurie Dahl Rea
Laurie Dahl Rea