Label Matrix for local noticing
0539-4
Case 22-42492-elm7
Northern District of Texas
Ft. Worth
Wed Jan 14 14:03:02 CST 2026

Capital One Auto Finance a division of Capi
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Sherrel K. Knighton
2777 N. Stemmons Frwy
Suite 1000
Dallas, TX 75207-2328

Quantum3 Group LLC as agent for
Paradigm Assets Recovery LLC
PO Box 788
Kirkland, WA 98083-0788

Richardson ISD
c/o Perdue Brandon Fielder et al
500 East Border Street, Suite 640
Arlington, TX 76010-7457

The American National Bank of Texas
c/o Michael P. Menton
3333 Lee Parkway, Eighth Floor
Dallas, TX 75219-5111

501 W. Tenth Street
Fort Worth, TX 76102-3637

Albin Oldner Law
5665 North Dallas Parkway
#200
Frisco, TX 75034-7373

American Express
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Atmos Energy
PO Box 790311
St. Louis, MO 63179-0311

Attorney General of Texas
Bankruptcy Section
P.O. BOX 12548
Austin, TX 78711-2548

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Baylor Scott & White
Medical Center Sunnyvale
231 South Collins Road
Sunnyvale, TX 75182-4624

Brenda Park
8129 County Road 2419
Royse City, TX 75189-2832

Capital One Auto Finance, a division of
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One Bank/Bass Pro
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Christina Martin
c/o Mr. Jesse Douglass Melester
250 Adriatic Pkwy Ste 108
Mckinney, TX 75072-8285

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD  57108-5027

Citibank/The Home Depot
Citicorp Credit Services
Centralized Bankruptcy Dept.
PO Box 790034
St Louis, MO 63179-0034

City of Richardson
PO Box 831907
Richardson, TX 75083-1907

Credit One Bank
Attn: Bankruptcy Department
PO Box 98873
Las Vegas, NV 89193-8873

Cree Lighting
PO Box 7410318
Chicago, IL 60674-0318

Daltex Construction Services, LLC
c/o Scott Hayes
1717 Main Street - 25th floor
Dallas, Texas 75201-4612

Daltex Electric, LLC
c/o Scott Hayes
1717 Main Street - 25th floor
Dallas, Texas 75201-4612

Digestive Health Associates of TX
8267 Elmbrook Drive
Suite 110
Dallas, TX 75247-4030

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054-3025

Don Freitag
7303 Eagle Bend Court
Dallas, TX 75249-4035

Elliott Electric Supply
PO Box 206524
Dallas, TX 75320-6524

Felix Hernandez
3701 Cimmarron Blvd
#2502
Corpus Christi, TX 78414-3588

Hernson Electric
3701 Cimmarron Blvd.
#2502
Corpus Christi, TX 78414-3588

INTERNAL REVENUE SERVICE
1100 Commerce Street
MC 5026 DAL
Dallas, TX 75242-1100

INTERNAL REVENUE SERVICE
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency
PO BOX 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Marcus Powell
Powell Roofing
321 Sweetleaf Dr
Fate, TX 75087-0346

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Midland Funding, LLC
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193-9069

Milestone Security
1646 West Chester Pike
#31
West Chester, PA 19382-7979

Nathan Park
c/o Scott Hayes
1717 Main #2500
Dallas, Texas 75201-7341

PPCBM Facility Management
5627 TX-276
Royse City, TX 75189

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Parkside Service Center
PO Box 2785
Frisco, TX 75034-0052

Pendrick Capital Partners, Llc
Peritus Portfolio Services Ii, Llc
Po Box 141419
Irving, TX  75014-1419

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Professional Plotter Tech
3913 Todd Lane
#512
Austin, TX 78744-1060

RCR Construction LLC
1214 Exchange Dr
Richardson, TX 75081-2313

RLM Contractors
2638 Rosewood Drive
Mesquite, TX 75150-1943

Raining Favor
3701 Cimmarron Blvd
#2502
Corpus Christi, TX 78414-3588

Reliant Energy
PO Box 650475
Dallas, TX 75265-0475

Scott Park
DBA SPMC Services, LLC
1088 Harvest Hills Circle
Royse City, TX 75189-2858

Scott Park
SPMC Services LLC
1088 Harvest Hill Circle
Royse City, TX 75189-2858

SettlePou
Attn: Michael P. Menton
3333 Lee Parkway
Eighth Floor
Dallas, TX 75219-5111

Shermco
PO Box 540545
Dallas, TX 75354-0545

Spectrum
PO Box 60074
City of Industry, CA 91716-0074

Summit Electric Supply
PO Box 848345
Dallas, TX 75284-8345

(p)SUNSTATE EQUIPMENT CO  LLC
ATTN CREDIT LEGAL
5552 E WASHINGTON
PHOENIX AZ 85034-2134

Synchrony Bank/Amazon
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony/PayPal Credit
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

The American National Bank of Texas
c/o Michael P. Menton
3333 Lee Parkway, 8th Floor
Dallas, TX 75219-5111

U.S. Dept. Of Education
400 Maryland Avenue, SW Room 6E353
Washington DC, 20202-2110

U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

UT Southwestern Medical Center
5323 Harry Hines Blbd.
Dallas, TX 75390-7200

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Waddell Serafino Geary Rechner
Jenevein, P.C.
Comerica Bank Tower
1717 Main Street, 25th Floor
Dallas, TX 75201-4612

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wex-Quick Trip
PO Box 4337
Carol Stream, IL 60197-4337

David James Shuster
Shuster Law, PLLC
118 Lynn Ave
Ste 204
Lewisville, TX 75057-3706

Jason Taylor Martin
1016 Sycamore Street
Burleson, TX 76028-7040

(p)LAURIE DAHL REA
ROCHELLE MCCOLLOUGH LLP
300 THROCKMORTON STREET SUITE 520
FORT WORTH TX 76102-2929

Nathan Park
1717 Main Street
25th Floor
Dallas, TX 75201-4612

Warren V. Norred
Norred Law PLLC
515 E. Border Street
Arlington, TX 76010-7402

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

Sunstate Equipment
PO Box 208439
Dallas, TX 75320

Laurie Dahl Rea
Rochelle McCullough LLP
300 Throckmorton Street
Ste 520
Fort Worth, TX 76102

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Quantum3 Group LLC as agent for
Paradigm Assets Recovery LLC
PO Box 788
Kirkland, WA  98083-0788

(d)Richardson ISD
c/o Perdue Brandon Fielder et al
500 East Border Street, Suite 640
Arlington, TX 76010-7457

End of Label Matrix
Mailable recipients    74
Bypassed recipients     2
Total                  76