Laurie Dahl Rea
State Bar No. 00796150
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton, Suite 520
Fort Worth, Texas 76102
Telephone:  817-347-5260
Facsimile:  817-347-5269
laurie.rea@romclaw.com

COUNSEL FOR THE
CHAPTER 7 TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| JASON TAYLOR MARTIN, | ) | CASE NO. 22-42492-elm-7 |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF NO OBJECTION

TO THE HONORABLE EDWARD L. MORRIS, U.S. BANKRUPTCY JUDGE:

Laurie Dahl Rea, Chapter 7 Trustee ("Trustee"), files this Certificate of No Objection to the *First and Final Application for Allowance of Fees and Expenses of Rochelle McCullough, LLP, Counsel to the Chapter 7 Trustee* (the "Application") [Docket No. 56].

1.      On April 16, 2026, the Trustee filed the Application which included negative notice language advising all parties in interest to object to the Application by no later than May 7, 2026 which date was at least twenty-one days after the date of service of the Application.

2.      The deadline for objections to the Application has passed.  No party objected to the Application.  Therefore, the Application is deemed unopposed and the Trustee requests that the Court grant the Application.

WHEREFORE, the Trustee respectfully requests that the Court enter an order granting the

Application and granting such other and further relief as is just and proper.

Dated: May 8, 2026.                                          Respectfully submitted,

                                                            /s/ Laurie Dahl Rea
                                                            Laurie Dahl Rea
                                                            State Bar No. 00796150
                                                            ROCHELLE MCCULLOUGH, LLP
                                                            300 Throckmorton Street, Suite 520
                                                            Ft. Worth, TX  76102
                                                            Telephone: (817) 347-5260
                                                            Facsimile: (817) 347-5269
                                                            laurie.rea@romclaw.com

                                                            COUNSEL FOR THE
                                                            CHAPTER 7 TRUSTEE