

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 11, 2026**

_____
**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

|  |  |
|---|---|
| IN RE: | ) CHAPTER 7 CASE |
|  | ) |
| JASON TAYLOR MARTIN, | ) CASE NO. 22-42492-elm-7 |
|  | ) |
| Debtor. | ) |

### ORDER APPROVING FINAL FIRST AND FINAL APPLICATION
### FOR ALLOWANCE OF FEES AND EXPENSES OF
### ROCHELLE MCCULLOUGH, LLP, COUNSEL TO THE CHAPTER 7 TRUSTEE

On this day, the Court considered the *First and Final Application for Allowance of Fees and Expenses of Rochelle McCullough, LLP, Counsel to the Chapter 7 Trustee* (the "Application") [Docket No. 56], filed by Rochelle McCullough, LLP ("Applicant") on April 16, 2026. The Application or notice thereof was served on all appropriate parties and contained negative notice language requiring parties to respond on or before May 7, 2026. No objections were filed. Accordingly, a hearing on the Application is unnecessary. Upon review of the Application and the

record in this case, the Court finds that the fees and expenses are reasonable, necessary, and allowable.  It is therefore

**ORDERED** that the Application is approved; and it is further

**ORDERED** that Applicant's fees of **$9,175.00** and expenses of **$538.01** are allowed on a final basis, which allowed fees and expenses shall be paid by the Trustee.

# # # END OF ORDER # # #

PREPARED BY:

/s/ Laurie Dahl Rea
Laurie Dahl Rea
State Bar No. 00796150
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton Street, Suite 520
Fort Worth, TX  76102
Telephone: (817) 347-5260
Facsimile: (817) 347-5269
laurie.rea@romclaw.com

COUNSEL FOR THE
CHAPTER 7 TRUSTEE