United States Bankruptcy Court

Northern District of Texas

In re:                                                                              Case No. 22-42492-elm

Jason Taylor Martin                                                                 Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 12, 2026 | Form ID: pdf012 | Total Noticed: 8 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason Taylor Martin, 1320 NW Summercrest Blvd, Apt. 412, Burleson, TX 76028-9439 |
| aty | + | Rochelle McCullogh, 300 Throckmorton Street, Suite 520, Fort Worth, TX 76102-2929 |
| cr | + | Nathan Park, 1717 Main Street, 25th Floor, Dallas, TX 75201-4612 |
| cr | + | The American National Bank of Texas, c/o Michael P. Menton, 3333 Lee Parkway, Eighth Floor, Dallas, TX 75219-5111 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 12 2026 21:44:55 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | May 12 2026 21:41:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o Sherrel K. Knighton, 2777 N. Stemmons Frwy, Suite 1000, Dallas, TX 75207-2328 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | May 12 2026 21:40:00 | Quantum3 Group LLC as agent for, Paradigm Assets Recovery LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/Text: emccain@pbfcm.com | May 12 2026 21:40:00 | Richardson ISD, c/o Perdue Brandon Fielder et al, 500 East Border Street, Suite 640, Arlington, TX 76010-7457 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citibank N.A. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0539-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 12, 2026 | Form ID: pdf012 | Total Noticed: 8 |

Date: May 14, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2026 at the address(es) listed below:**

**Name** **Email Address**

Clayton Everett

on behalf of Debtor Jason Taylor Martin clayton@norredlaw.com
clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

David James Shuster

on behalf of Debtor Jason Taylor Martin info@shusterlawfirm.com
noticesbankruptcy@gmail.com;monique@shusterlawfirm.com;Shuster.DaveB137663@notify.bestcase.com;jennifer@shusterlawfirm.com;paralegal@shusterlawfirm.com;juliancrowdershuster@jubileebk.net

Eboney D. Cobb

on behalf of Creditor Richardson ISD emccain@pbfcm.com  rgleason@pbfcm.com

Laurie D. Rea

on behalf of Defendant Laurie Rea laurie.rea@romclaw.com  tandi.levario@romclaw.com

Laurie D. Rea

on behalf of Trustee Laurie Dahl Rea laurie.rea@romclaw.com  tandi.levario@romclaw.com

Laurie Dahl Rea

trusteelaurierea@gmail.com  TX83@ecfcbis.com;tandi.levario@romclaw.com;ecf.alert+ReaTXNB@titlexi.com

Laurie Dahl Rea

on behalf of Trustee Laurie Dahl Rea trusteelaurierea@gmail.com
TX83@ecfcbis.com;tandi.levario@romclaw.com;ecf.alert+ReaTXNB@titlexi.com

Michael Paul Menton

on behalf of Creditor The American National Bank of Texas mikementon@waderobertslaw.com

Richard G. Dafoe

on behalf of Creditor Nathan Park rdafoe@vinlaw.com  rdafoe@ecf.inforuptcy.com;jwhite@ecf.inforuptcy.com

Richard G. Dafoe

on behalf of Plaintiff Daltex Electric  LLC rdafoe@vinlaw.com, rdafoe@ecf.inforuptcy.com;jwhite@ecf.inforuptcy.com

Richard G. Dafoe

on behalf of Plaintiff Brenda Park rdafoe@vinlaw.com  rdafoe@ecf.inforuptcy.com;jwhite@ecf.inforuptcy.com

Richard G. Dafoe

on behalf of Plaintiff Nathan Park rdafoe@vinlaw.com  rdafoe@ecf.inforuptcy.com;jwhite@ecf.inforuptcy.com

Scott Hayes

on behalf of Plaintiff Nathan Park shayes@wslawpc.com

Scott Hayes

on behalf of Plaintiff Daltex Electric  LLC shayes@wslawpc.com

Scott Hayes

on behalf of Plaintiff Brenda Park shayes@wslawpc.com

Sherrel K. Knighton

on behalf of Creditor Dallas County Sherrel.Knighton@lgbs.com
Dora.Casiano-Perez@lgbs.com;Eva.Parker@lgbs.com;Dallas.Bankruptcy@lgbs.com

United States Trustee

ustpregion06.da.ecf@usdoj.gov

Warren V. Norred

on behalf of Debtor Jason Taylor Martin warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Warren V. Norred

on behalf of Defendant Jason Taylor Martin warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

TOTAL: 19



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 11, 2026**

**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 7 CASE |
| | ) |
| JASON TAYLOR MARTIN, | ) CASE NO. 22-42492-elm-7 |
| | ) |
| Debtor. | ) |

### ORDER APPROVING FINAL FIRST AND FINAL APPLICATION
### FOR ALLOWANCE OF FEES AND EXPENSES OF
### ROCHELLE MCCULLOUGH, LLP, COUNSEL TO THE CHAPTER 7 TRUSTEE

On this day, the Court considered the *First and Final Application for Allowance of Fees and Expenses of Rochelle McCullough, LLP, Counsel to the Chapter 7 Trustee* (the "Application") [Docket No. 56], filed by Rochelle McCullough, LLP ("Applicant") on April 16, 2026. The Application or notice thereof was served on all appropriate parties and contained negative notice language requiring parties to respond on or before May 7, 2026. No objections were filed. Accordingly, a hearing on the Application is unnecessary. Upon review of the Application and the

Order—Page 1

record in this case, the Court finds that the fees and expenses are reasonable, necessary, and

allowable.  It is therefore

     **ORDERED** that the Application is approved; and it is further

     **ORDERED** that Applicant's fees of **$9,175.00** and expenses of **$538.01** are allowed on a

final basis**,** which allowed fees and expenses shall be paid by the Trustee.

# # # END OF ORDER # # #

PREPARED BY:

/s/ Laurie Dahl Rea
Laurie Dahl Rea
State Bar No. 00796150
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton Street, Suite 520
Fort Worth, TX  76102
Telephone: (817) 347-5260
Facsimile: (817) 347-5269
laurie.rea@romclaw.com

COUNSEL FOR THE
CHAPTER 7 TRUSTEE