**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

In re: Jason Taylor Martin      § Case No. 4:22-bk-42492-elm
               §
               §
Debtor(s)          §

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 10/19/2022. The undersigned trustee was appointed on 10/19/2022.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of    $   71,128.45

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 9,713.01 |
| Bank service fees | 350.11 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 13,795.00 |
| Exemption paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 47,270.33 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  [1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing non-governmental claims in this case was 04/13/2023 and the deadline for filing governmental claims was 04/17/2023.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,116.67.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,116.67, for a total compensation of $6,116.67.[2]   In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $1,122.52, for total expenses of $1,122.52.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:   07/23/2026_____          By:  /s/ Laurie Dahl Rea_____
                                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

Page: 1

**Case Number:** 22-42492 ELM
**Case Name:** Jason Taylor Martin

**Period Ending:** 07/23/26

**Trustee:** Laurie Dahl Rea
**Filed (f) or Converted (c):** 10/19/22 (f)
**§341(a) Meeting Date:** 11/15/22
**Claims Bar Date:** 04/13/23

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Household goods and furnishings (Living Room Furnishings, Bedroom 1 Furnishings, Bedroom 2 Furnishings)<br><br>ASSET NOTE:<br>Exempt. | 800.00 | 0.00 | | 0.00 | FA |
| 2 | Electronics<br><br>ASSET NOTE:<br>Exempt. | 1,500.00 | 0.00 | | 0.00 | FA |
| 3 | Firearms (Springfield 40, Smith & Wesson 380, Smith & Wesson AR22)<br><br>ASSET NOTE:<br>Exempt. | 350.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing<br><br>ASSET NOTE:<br>Exempt. | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Jewelry<br><br>ASSET NOTE:<br>Exempt. | 50.00 | 0.00 | | 0.00 | FA |
| 6 | 2 Dogs<br><br>ASSET NOTE:<br>Exempt. | 20.00 | 0.00 | | 0.00 | FA |
| 7 | Checking account XXXX8390 at Wells Fargo<br><br>ASSET NOTE:<br>Exempt. | 130.00 | 0.00 | | 0.00 | FA |
| 8 | Savings account XXXX7731 at Wells Fargo<br><br>ASSET NOTE:<br>Exempt. | 1,500.00 | 0.00 | | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

Page: 2

**Case Number:** 22-42492 ELM
**Case Name:** Jason Taylor Martin

**Period Ending:** 07/23/26

**Trustee:** Laurie Dahl Rea
**Filed (f) or Converted (c):** 10/19/22 (f)
**§341(a) Meeting Date:** 11/15/22
**Claims Bar Date:** 04/13/23

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 9 | Daltex Construction Services (Not Active) 60% ownership<br><br>ASSET NOTES:<br>The estate was sued over ownership, but the entity appears to have no assets.  Plaintiff to dismiss suit. Plaintiff is the other owner and does not which to purchase estate's interest. [Adv. Proceeding Case #23-4004]. | 0.00 | 0.00 | | 0.00 | FA |
| 10 | IRA with Fidelity<br><br>ASSET NOTE:<br>Exempt. | 2,172.00 | 0.00 | | 0.00 | FA |
| 11 | Power and Hand Tools<br><br>ASSET NOTE:<br>Exempt. | 2,000.00 | 0.00 | | 0.00 | FA |
| 12 | Home Sale Proceeds held in Divorce Attorney Trust Account (Michael Goodman) $60K balance<br><br>ASSET NOTES:<br>$13,795.00 claimed Wildcard Exemption. Remainder of funds turned over by divorce counsel.  Motion to authorize payment of exempt proceeds to debtor and NFS filed 3/11/26 [Dkt. No. 49].  Order approving motion to authorize payment entered 4/8/2026 [Dkt. No. 53]. | 30,000.00 | 16,205.00 | | 71,128.45 | FA |
| 13 | Daltex Electric, LLC (Not Active) 40% ownership interest (u)<br><br>ASSET NOTES:<br>Notice of intent to abandon filed 1/14/26 [Dkt. No. 46]. | 0.00 | 0.00 | OA | 0.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$38,722.00** | **$16,205.00** | | **$71,128.45** | **$0.00** |

**Major activities affecting case closing:**

4/20/2026
ROMC final fee application filed on 4/16/2026 Dkt # 57.
No tax return needed.
All assets administered.
No additional claims objections because it would not result in change in distribution.
Will pay out exempt funds per order at Dkt #53 on 4/21/2026.
Once there is an order on Dkt #57, case is ready for TFR.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

Page: 3

3/31/2026
Order on stay relief entered 3/10/26 [Dkt. No. 48]. Parties may proceed to entry of divorce decree. Motion to permit payment of exempt amount to debtor and spouse filed 3/11/26 [Dkt No. 49]. Order approving entered on 4/6/26 [Dkt # 53].

3/4/2026
AP Case No. 23-4002 Daltex v. Martin dismissed as of 3/4/26. Awaiting resolution of motion for relief from stay to proceed with divorce.

2/24/2026
Awaiting resolution of same two items.

1/30/2026
Stay relief and divorce pending.
Waiting for plaintiff to dismiss 23-4002.

12/30/2025
Awaiting end of 23-4002 and progress on motion for relief from stay to proceed with divorce.

12/10/2025
AP Case No. 23-4001 Park v. Martin, ruling rendered, case closed.

10/23/2025
AP Case No. 23-4001 Park v. Martin: ruling set for 11/10/2025 at 2pm.
AP Case No. 23-4002 Daltex v. Martin: followed up with plaintiff's counsel re dismissal.

9/30/2025
AP Case No. 23-4001 Park v. Martin: under advisement. 523 and 727 action. Impacts claim 22.
AP Case No. 23-4002 Daltex v. Martin: Docket call held 8/4/25. Announcement of case to be dismissed. Impacts claim 23.
MTLS pending re divorce proceedings.

5/21/2025
AP Case No. 23-4001 Park v. Martin: under advisement. 523 and 727 action. Impacts claim 22.
AP Case No. 23-4002 Daltex v. Martin: Continued to 6/9/25 docket call. 523 action. Impacts claim 23.
Emailed counsel in APs.
Divorce proceeding--emailed counsel for debtor and spouse for update.

3/31/2025
Waiting for progress on MTLS and APs.

2/27/2025
Debtor and spouse filed agreed MTLS. Trustee objected because it impacts POE and creditors (IRS/Daltex Electric). Working through issues with debtor and spouse. Adversaries remain pending.

12/9/2024
AP Case No. 23-4001 Park v. Martin: under advisement.
AP Case No. 23-4002 Daltex v. Martin: no trial yet.

09/24/2024
All known assets administered.
Pending claim objection/liquidation issues:
AP Case No. 23-4001 Park v. Martin: Nathan Park Claim 22: Still under advisement from 9/21/23 trial. Claim 22 amount will be established in the ruling.
AP Case No. 23-4002 Daltex v. Martin: Daltex Claim 23: Trial setting 1/6/25. This AP will fix the amount of claim 23.
Reviewing status of debtor tax returns and IRS claim 8.

04/19/2024
Objection to BOA Claims 5 & 6 filed 4/9/2024.

**FORM 1**                                                                                          Exhibit A
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**                                                                                     Page:  4

04/02/2024
Claim objections to be filed.
No tax return required.
All assets FA.
Need update on divorce proceedings and whether funds on hand belong only to debtor's estate.

12/04/2023
Items to address before TFR: some claim objections and funds on hand from divorce counsel.

09/10/2023
Hired counsel for the estate.
Evaluating need for accountant.
Known assets fully administered.
Reviewing for chapter 5 actions.
Uncertain of impact of divorce on funds held by trustee.
Reviewing claims.
Lawsuit by Ms. Park against the estate to be dismissed.

09/05/2023
Status conference held on 9/5/2023--plaintiff to dismiss lawsuit over Daltex Construction.


**Initial Projected Date of Final Report (TFR):**  August 31, 2024                    **Current Projected Date of Final Report (TFR):**  May 12, 2026 (Actual)


_____July 23, 2026_____                                      /s/ Laurie Dahl Rea
Date                                                               Laurie Dahl Rea

**Form 2**

Exhibit B

**Cash Receipts and Disbursements Record**

Page: 1

| | | |
|---|---|---|
| **Case Number:** | 22-42492 ELM | |
| **Case Name:** | Jason Taylor Martin | |
| | | |
| **Taxpayer ID#:** | **-***8771 | |
| **Period Ending:** | 07/23/26 | |

| | |
|---|---|
| **Trustee:** | Laurie Dahl Rea |
| **Bank Name:** | Pinnacle Bank |
| **Account:** | ******0044 - Checking Account |
| **Blanket Bond:** | $300,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/07/23 | Asset #12 | Law Office of Michael E Goodman PC | Home Sale Proceeds held in Divorce Attorney Trust Account | 1129-000 | 71,128.45 | | 71,128.45 |
| 07/31/24 | | Pinnacle Bank | Service Charge | 2600-000 | | 102.31 | 71,026.14 |
| 08/30/24 | | Pinnacle Bank | Service Charge | 2600-000 | | 102.16 | 70,923.98 |
| 09/30/24 | | Pinnacle Bank | Service Charge | 2600-000 | | 88.65 | 70,835.33 |
| 10/30/24 | | Pinnacle Bank | Trustee bank change. Funds transferred from Pinnacle Bank to Flagstar Bank. | 9999-000 | | 70,835.33 | 0.00 |

|  | | Receipts | Disbursements | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | **71,128.45** | **71,128.45** | **$0.00** |
| Less: Bank Transfers | | 0.00 | 70,835.33 | |
| **Subtotal** | | **71,128.45** | **293.12** | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$71,128.45** | **$293.12** | |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit B

Page: 2

| | | |
|---|---|---|
| **Case Number:** | 22-42492 ELM | |
| **Case Name:** | Jason Taylor Martin | |
| **Taxpayer ID#:** | **-***8771 | |
| **Period Ending:** | 07/23/26 | |

| | | |
|---|---|---|
| **Trustee:** | Laurie Dahl Rea |
| **Bank Name:** | Flagstar Bank, N.A. |
| **Account:** | ******1608 - Checking |
| **Blanket Bond:** | $300,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/30/24 | | Flagstar Bank, N.A. | Trustee bank change. Funds transferred from Pinnacle Bank to Flagstar Bank. | 9999-000 | 70,835.33 | | 70,835.33 |
| 11/29/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.99 | 70,778.34 |
| 04/21/26 | 100001 | Christina Martin | Payment pursuant to Order entered 4/6/26 [Dkt. No. 53]. | 8500-002 | | 6,897.50 | 63,880.84 |
| 04/21/26 | 100002 | Jason Taylor Martin | Payment pursuant to Order entered 4/6/26 [Dkt. No. 53]. | 8500-002 | | 6,897.50 | 56,983.34 |
| 05/06/26 | | Flagstar Bank | Check #100002 was presented a second time in error. | 2990-000 | | 6,897.50 | 50,085.84 |
| 05/07/26 | | Flagstar Bank | Credit: for reversal of Check #100002 that was presented a second time in error. | 2990-000 | | -6,897.50 | 56,983.34 |
| 05/12/26 | 100003 | Rochelle McCullough, LLP | Order approving First & Final Fee Application entered 5/12/26 [Dkt. No. 59]. Fees: $9,175.00; Exp: $538.01 | | | 9,713.01 | 47,270.33 |
| 05/12/26 | | Rochelle McCullough, LLP | Order approving First & Final Fee Application entered 5/12/26 [Dkt. No. 59]. Fees: $9,175.00    9,175.00 | 3110-000 | | | 47,270.33 |

**Form 2**

**Cash Receipts and Disbursements Record**

Exhibit B

Page: 3

| | | |
|---|---|---|
| **Case Number:** | 22-42492 ELM | |
| **Case Name:** | Jason Taylor Martin | |
| **Taxpayer ID#:** | **-***8771 | |
| **Period Ending:** | 07/23/26 | |

| | |
|---|---|
| **Trustee:** | Laurie Dahl Rea |
| **Bank Name:** | Flagstar Bank, N.A. |
| **Account:** | ******1608 - Checking |
| **Blanket Bond:** | $300,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/12/26 | | Rochelle McCullough, LLP | Order approving First & Final Fee Application entered 5/12/26 [Dkt. No. 59]. Exp: $538.01.   538.01 | 3120-000 | | | 47,270.33 |

|  |  | Receipts | Disbursements | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 70,835.33 | 23,565.00 | **$47,270.33** |
| Less: Bank Transfers | | 70,835.33 | 0.00 | |
| **Subtotal** | | 0.00 | 23,565.00 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$23,565.00** | |

| | |
|---|---|
| Net Receipts: | $71,128.45 |
| Less Other Noncompensable Items: | 13,795.00 |
| Net Estate: | $57,333.45 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0044** | **71,128.45** | **293.12** | **0.00** |
| **Checking # ******1608** | **0.00** | **23,565.00** | **47,270.33** |
| | **$71,128.45** | **$23,858.12** | **$47,270.33** |

## Exhibit C
## Claims Register
### Case: 22-42492-ELM   Jason Taylor Martin

Total Proposed Payment: $47,270.33

Claims Bar Date: 04/13/23

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| | Laurie Dahl Rea<br>c/o Rochelle McCullough PLLC<br>300 Throckmorton, Suite 520<br>Fort Worth, TX 76102<br><br>2100-00   Trustee Compensation, 200 | Admin Ch. 7<br>07/28/23 | | $6,116.67<br>$6,116.67 | $0.00<br>$6,116.67 | $6,116.67 |
| | Laurie Dahl Rea<br>c/o Rochelle McCullough, LLP<br>300 Throckmorton, Suite 520<br>Fort Worth, TX 76102<br><br>2200-00   Trustee Expenses, 200 | Admin Ch. 7<br>03/03/23 | | $1,122.52<br>$1,122.52 | $0.00<br>$1,122.52 | $1,122.52 |
| | Rochelle McCullough PLLC<br>901 Main Street, Suite 3200<br>Dallas, TX 75202<br><br>3110-00   Attorney for Trustee Fees (Trustee Firm), 200 | Admin Ch. 7<br>09/29/23 | CLAIM NOTES:<br>First & Final Fee Application filed 4/16/26 [Dkt. No. 56].  Order approving First & Final Fee Application entered 5/12/26 [Dkt. No. 59]. | $9,175.00<br>$9,175.00 | $9,175.00<br>$0.00 | $0.00 |
| | Rochelle McCullough PLLC<br><br>3120-00   Attorney for Trustee Expenses (Trustee Firm), 200 | Admin Ch. 7<br>09/29/23 | CLAIM NOTES:<br>First & Final Fee Application filed 4/16/26 [Dkt. No. 56].  Order approving First & Final Fee Application entered 5/12/26 [Dkt. No. 59]. | $538.01<br>$538.01 | $538.01<br>$0.00 | $0.00 |
| | Jason Taylor Martin<br>1320 NW Summercrest Blvd.<br>Apt. 412<br>Burleson, TX 76028<br><br>8500-00   Funds Paid to Third Parties (includes tax refund checks to debtor), 200 | Unsecured<br>04/16/26 | CLAIM NOTES:<br>Debtor's 50% share of exempt portion of homestead proceeds per Order entered 4/6/26 [Dkt. No. 53]. | $6,897.50<br>$6,897.50 | $6,897.50<br>$0.00 | $0.00 |
| | Christina Martin<br><br>8500-00   Funds Paid to Third Parties (includes tax refund checks to debtor), 200 | Unsecured<br>04/16/26 | CLAIM NOTES:<br>NFS 50% share of the Debtor's exempt homestead proceeds per Order entered 4/6/26 [Dkt. No. 53]. | $6,897.50<br>$6,897.50 | $6,897.50<br>$0.00 | $0.00 |
| 1 | Richardson ISD<br>c/o Perdue Brandon Fielder et al<br>500 East Border Street, Suite 640<br>Arlington, TX 76010<br><br>4800-00   State and Local Tax Liens (pre-pet. income, sales, pers. prop. - not real prop.), 100 | Secured<br>10/20/22 | CLAIM NOTE:<br>Creditor withdrew claim 12/19/23 [Dkt. No. 32]. | $5,877.57<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| 2 | Discover Bank<br>Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 430543025<br><br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>01/20/23 | 9728<br><br>CLAIM NOTE:<br>No basis for objection. | $4,469.83<br>$4,469.83 | $0.00<br>$0.00 | $4,469.83 |

## Exhibit C
## Claims Register
### Case:  22-42492-ELM    Jason Taylor Martin

Total Proposed Payment: $47,270.33                                       Claims Bar Date: 04/13/23

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 296030587 | Unsecured<br>01/21/23 | 3727 | $1,683.82<br>$1,683.82 | $0.00<br>$0.00 | $1,683.82 |
| | | | CLAIM NOTE:<br>No basis for objection. | | | |
| | 7100-00  General Unsecured § 726(a)(2), 610 | | | | | |
| 4-2 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 571085027 | Unsecured<br>01/27/23 | 2862 | $963.32<br>$963.32 | $0.00<br>$0.00 | $963.32 |
| | | | CLAIM NOTE:<br>No basis for objection. Claim Amended 6/29/26 changing payment address only. | | | |
| | 7100-00  General Unsecured § 726(a)(2), 610 | | | | | |
| 5-1 | Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 752673033 | Unsecured<br>01/30/23 | 9240 | $1,709.07<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| | | | CLAIM NOTE:<br>Supporting documents do not show any identifying information to prove owed by Debtor. Objection to Claim filed 4/9/24 [Dkt. No. 34]; BOA amended claim. | | | |
| | 7100-00  General Unsecured § 726(a)(2), 610 | | | | | |
| 5-2 | Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 752673033 | Unsecured<br>01/30/23 | 9240 | $1,709.07<br>$1,709.07 | $0.00<br>$0.00 | $1,709.07 |
| | | | CLAIM NOTE:<br>Agreed Order Allowing Claim 5-2 entered 6/6/24 [Dkt. No. 38]. | | | |
| | 7100-00  General Unsecured § 726(a)(2), 610 | | | | | |
| 6 | Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 752673033 | Unsecured<br>02/15/23 | | $18,728.66<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| | | | CLAIM NOTE:<br>Debt owed by Daltex Construction. Objection to Claim filed 4/9/24 [Dkt. No. 34]. Agreed Order Disallowing Claim entered 6/6/24 [Dkt. No. 38]. | | | |
| | 7100-00  General Unsecured § 726(a)(2), 610 | | | | | |
| 7 | Pendrick Capital Partners, LLC<br>Peritus Portfolio Services II, Llc<br>PO Box 141419<br>Irving, TX 750141419 | Unsecured<br>02/22/23 | 6283 | $1,564.00<br>$1,564.00 | $0.00<br>$0.00 | $1,564.00 |
| | | | CLAIM NOTE:<br>No basis for objection. | | | |
| | 7100-00  General Unsecured § 726(a)(2), 610 | | | | | |
| 8-1(p) | INTERNAL REVENUE SERVICE<br>1100 Commerce Street<br>MC 5026 DAL<br>Dallas, TX 75242 | Priority<br>02/23/23 | | $214,810.74<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| | | | CLAIM NOTE:<br>Amended. | | | |
| | 5800-00  Claims of Governmental Units, 570 | | | | | |
| 8-1(u) | INTERNAL REVENUE SERVICE<br>1100 Commerce Street<br>MC 5026 DAL<br>Dallas, TX 75242 | Unsecured<br>02/23/23 | | $889.78<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| | | | CLAIM NOTE:<br>Amended. | | | |
| | 7100-00  General Unsecured § 726(a)(2), 610 | | | | | |

## Exhibit C
## Claims Register
### Case:  22-42492-ELM    Jason Taylor Martin

Total Proposed Payment: $47,270.33                                        Claims Bar Date: 04/13/23

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| 8-2(p) | INTERNAL REVENUE SERVICE PO Box 7346 Philadelphia, PA 191017346 5800-00   Claims of Governmental Units, 570 | Priority 02/23/23 | CLAIM NOTE: Priority portion of claim. No basis for objection. | $205,327.51 $205,327.51 | $0.00 $40,031.14 | $205,327.51 |
| 8-2(u) | INTERNAL REVENUE SERVICE PO box 7349 Philadelphia, PA 191017346 7100-00   General Unsecured § 726(a)(2), 610 | Unsecured 12/11/23 | CLAIM NOTE: General unsecured portion of claim. No basis for objection. | $889.78 $889.78 | $0.00 $0.00 | $889.78 |
| 9 | American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern, PA 193550701 7100-00   General Unsecured § 726(a)(2), 610 | Unsecured 02/24/23 | 1009 CLAIM NOTE: No basis for objection. | $21,500.80 $21,500.80 | $0.00 $0.00 | $21,500.80 |
| 10 | Quantum3 Group LLC as agent for Paradigm Assets Recovery LLC PO Box 788 Kirkland, WA 980830788 7100-00   General Unsecured § 726(a)(2), 610 | Unsecured 03/01/23 | 3447 CLAIM NOTE: Claim withdrawn at Dkt. No. 28.  Debtor is personal guarantee for Daltex Construction Services, LLC. Original Creditor Headway Capital, LLC. | $82,811.30 $0.00 | $0.00 $0.00 | $0.00 |
| 11 | Midland Credit Management, Inc. PO Box 2037 Warren, MI 48090 7100-00   General Unsecured § 726(a)(2), 610 | Unsecured 03/09/23 | 0148 CLAIM NOTE: No basis for objection. | $4,504.96 $4,504.96 | $0.00 $0.00 | $4,504.96 |
| 12 | Midland Credit Management, Inc. PO Box 2037 Warren, MI 48090 7100-00   General Unsecured § 726(a)(2), 610 | Unsecured 03/09/23 | 7619 CLAIM NOTE: No basis for objection. | $1,752.37 $1,752.37 | $0.00 $0.00 | $1,752.37 |
| 13 | Midland Credit Management, Inc. PO Box 2037 Warren, MI 48090 7100-00   General Unsecured § 726(a)(2), 610 | Unsecured 03/09/23 | 7510 CLAIM NOTE: No basis for objection. | $1,498.28 $1,498.28 | $0.00 $0.00 | $1,498.28 |
| 14 | Wells Fargo Bank, N.A. Wells Fargo Card Services PO Box 10438, MAC F8235-02F Des Moines, IA 503060438 7100-00   General Unsecured § 726(a)(2), 610 | Unsecured 03/13/23 | 9892 CLAIM NOTE: No basis for objection. | $2,146.18 $2,146.18 | $0.00 $0.00 | $2,146.18 |

# Exhibit C
# Claims Register
## Case: 22-42492-ELM   Jason Taylor Martin

Total Proposed Payment: $47,270.33

Claims Bar Date: 04/13/23

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| 15 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 296030587 | Unsecured<br>04/10/23 | 9500 | $1,042.26<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| | | | CLAIM NOTE:<br>Collecting for JC Penney. Obj for SOL - Charge off date 3/20/2006. Objection to claim filed 4/25/24 [Dkt. No. 35]. Order Granting Objection to Claim entered 6/3/24 [Dkt. No. 37]. | | | |
| | 7100-00   General Unsecured § 726(a)(2), 610 | | | | | |
| 16 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 296030587 | Unsecured<br>04/10/23 | 0230 | $100.00<br>$100.00 | $0.00<br>$0.00 | $100.00 |
| | | | CLAIM NOTE:<br>No basis for objection. | | | |
| | 7100-00   General Unsecured § 726(a)(2), 610 | | | | | |
| 17 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud, MN 563029617 | Unsecured<br>04/13/23 | 1528 | $2,269.07<br>$2,269.07 | $0.00<br>$0.00 | $2,269.07 |
| | | | CLAIM NOTE:<br>No basis for objection. | | | |
| | 7100-00   General Unsecured § 726(a)(2), 610 | | | | | |
| 18 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud, MN 563029617 | Unsecured<br>04/13/23 | 9417 | $4,210.73<br>$4,210.73 | $0.00<br>$0.00 | $4,210.73 |
| | | | CLAIM NOTE:<br>No basis for objection. | | | |
| | 7100-00   General Unsecured § 726(a)(2), 610 | | | | | |
| 19 | The American National Bank of Texas<br>c/o Michael P. Menton<br>3333 Lee Parkway, 8th Floor<br>Dallas, TX 75219 | Unsecured<br>04/13/23 | 1617 | $95,908.58<br>$95,908.58 | $0.00<br>$0.00 | $95,908.58 |
| | | | CLAIM NOTE:<br>Borrower: Daltex Electrical, LLC; Personal Guarantor: Jason T. Martin. No basis for objection. | | | |
| | 7100-00   General Unsecured § 726(a)(2), 610 | | | | | |
| 20 | Nathan Park<br>c/o Waddell Serafino Geary Rechner Jenevein PC<br>1717 Main Street, Suite 2500<br>Dallas, TX 752017341 | Unsecured<br>04/13/23 | | $100,000.00<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| | | | CLAIM NOTE:<br>Error on Claims Register.  This claim actually filed by Nathan Park for $100,000 not Daltex Electric, LLC for $500,000.  Claim #22 is an exact duplicate of this claim, so this claim allowed at $0. | | | |
| | 7100-00   General Unsecured § 726(a)(2), 610 | | | | | |
| 21 | Albin Oldner Law<br>5665 North Dallas Parkway #200<br>Frisco, TX 75035 | Unsecured<br>04/13/23 | | $60,935.50<br>$60,935.50 | $0.00<br>$0.00 | $60,935.50 |
| | | | CLAIM NOTE:<br>Attorney fees for legal representation. No basis for objection. | | | |
| | 7100-00   General Unsecured § 726(a)(2), 610 | | | | | |

# Exhibit C
# Claims Register
### Case:  22-42492-ELM    Jason Taylor Martin

Total Proposed Payment:  $47,270.33                                                Claims Bar Date:  04/13/23

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| 22 | Nathan Park<br>c/o Scott Hayes<br>1717 Main Street, Suite 2500<br>Dallas, TX 75202 | Unsecured<br>04/13/23 | | $100,000.00<br>$100,000.00 | $0.00<br>$0.00 | $100,000.00 |
| | | | CLAIM NOTE:<br>Duplicate of Claim #20. No supporting documents.  No objection to be filed. Adv. Proceeding 23-4001 Park v. Martin filed 1/11/23 seeking debt nondischargeable.  Trial held 9/21/23.  Ruling entered - complaint denied on all respects.  Claim would be objected to, but there is no distribution to non-priority creditors, so no objection. | | | |
| | 7100-00   General Unsecured § 726(a)(2), 610 | | | | | |
| 23 | Daltex Electric, LLC<br>c/o Scott Hayes<br>1717 Main Street - 25th floor<br>Dallas, TX 752017341 | Unsecured<br>04/13/23 | | $500,000.00<br>$500,000.00 | $0.00<br>$0.00 | $500,000.00 |
| | | | CLAIM NOTE:<br>New claim but states claim amends #20,, but claimant names are different so not a true amendment. No supporting documents. Adv. Proceeding 23-4002 filed 1/11/23.  Mtn to dismiss adversary proceeding filed 3/3/26. Adv. dismissed as of 3/4/26. Claim would be objected to, but there is no distribution to non-priority creditors, so no objection. | | | |
| | 7100-00   General Unsecured § 726(a)(2), 610 | | | | | |
| 24 | Christina Martin<br>c/o Mr. Jesse Douglass Melester<br>250 Adriatic Pkwy Ste 108<br>Mckinney, TX 750728285 | Unsecured<br>04/13/23 | | $200,000.00<br>$200,000.00 | $0.00<br>$0.00 | $200,000.00 |
| | | | CLAIM NOTE:<br>No supporting documents. No objection to be filed. Claim would be objected to, but there is no distribution to non-priority creditors, so no objection. | | | |
| | 7100-00   General Unsecured § 726(a)(2), 610 | | | | | |

Case Total:    $1,242,181.00    $23,508.01    $1,218,672.99

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.:      22-42492-ELM

Case Name:    Jason Taylor Martin

Trustee Name:  Laurie Dahl Rea

**Balance on hand:**                                    $        47,270.33

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Richardson ISD | 5,877.57 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:        $          0.00
Remaining balance:                            $        47,270.33

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Laurie Dahl Rea | 6,116.67 | 0.00 | 6,116.67 |
| Trustee, Expenses - Laurie Dahl Rea | 1,122.52 | 0.00 | 1,122.52 |
| Attorney for Trustee, Fees - Rochelle McCullough PLLC | 9,175.00 | 9,175.00 | 0.00 |
| Attorney for Trustee, Expenses - Rochelle McCullough PLLC | 538.01 | 538.01 | 0.00 |

Total to be paid for chapter 7 administration expenses:    $        7,239.19
Remaining balance:                                         $       40,031.14

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| **NONE** | | | |

Total to be paid for prior chapter administration expenses:    $          0.00
Remaining balance:                                            $       40,031.14

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $205,327.51 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8-1(p) | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8-2(p) | INTERNAL REVENUE SERVICE | 205,327.51 | 0.00 | 40,031.14 |

Total to be paid for priority claims:   $   40,031.14
Remaining balance:   $   0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,006,106.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.000 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Discover Bank | 4,469.83 | 0.00 | 0.00 |
| 3 | LVNV Funding, LLC | 1,683.82 | 0.00 | 0.00 |
| 4-2 | Citibank, N.A. | 963.32 | 0.00 | 0.00 |
| 5-1 | Bank of America, N.A. | 0.00 | 0.00 | 0.00 |
| 5-2 | Bank of America, N.A. | 1,709.07 | 0.00 | 0.00 |
| 6 | Bank of America, N.A. | 0.00 | 0.00 | 0.00 |
| 7 | Pendrick Capital Partners, LLC | 1,564.00 | 0.00 | 0.00 |
| 8-1(u) | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 |
| 8-2(u) | INTERNAL REVENUE SERVICE | 889.78 | 0.00 | 0.00 |
| 9 | American Express National Bank | 21,500.80 | 0.00 | 0.00 |
| 10 | Quantum3 Group LLC as agent for Paradigm Assets Recovery LLC | 0.00 | 0.00 | 0.00 |
| 11 | Midland Credit Management, Inc. | 4,504.96 | 0.00 | 0.00 |
| 12 | Midland Credit Management, Inc. | 1,752.37 | 0.00 | 0.00 |
| 13 | Midland Credit Management, Inc. | 1,498.28 | 0.00 | 0.00 |
| 14 | Wells Fargo Bank, N.A. | 2,146.18 | 0.00 | 0.00 |
| 15 | LVNV Funding, LLC | 0.00 | 0.00 | 0.00 |
| 16 | Ashley Funding Services, LLC | 100.00 | 0.00 | 0.00 |
| 17 | Jefferson Capital Systems LLC | 2,269.07 | 0.00 | 0.00 |
| 18 | Jefferson Capital Systems LLC | 4,210.73 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 19 | The American National Bank of Texas | 95,908.58 | 0.00 | 0.00 |
| 20 | Nathan Park | 0.00 | 0.00 | 0.00 |
| 21 | Albin Oldner Law | 60,935.50 | 0.00 | 0.00 |
| 22 | Nathan Park | 100,000.00 | 0.00 | 0.00 |
| 23 | Daltex Electric, LLC | 500,000.00 | 0.00 | 0.00 |
| 24 | Christina Martin | 200,000.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $_____0.00

Remaining balance: $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | NONE | | | |

Total to be paid for tardy general unsecured claims: $_____0.00

Remaining balance: $_____0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | NONE | | | |

Total to be paid for subordinated claims: $_____0.00

Remaining balance: $_____0.00

**UST Form 101-7-TFR (05/1/2011)**