Laurie Dahl Rea
State Bar No. 00796150
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton, Suite 520
Fort Worth, Texas 76102
Telephone: 817-347-5260
Facsimile: 817-347-5269
laurie.rea@romclaw.com

CHAPTER 7 TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| JASON TAYLOR MARTIN, | ) | CASE NO. 24-50209-bwo-7 |
| | ) | |
| Debtor. | ) | |

**FEE APPLICATION COVER SHEET**

Fee Application of:            LAURIE DAHL REA, Chapter 7 Trustee

Fee Application of:            October 19, 2022 to May 12, 2026

Retainer Received:            $0.00        Amount Previously Paid:    $0.00

**Amount Requested:**                          **Reductions:**

| | | | |
|---|---|---|---|
| Fees: | $6,116.67 | Vol. Fee Reductions: | $0.00 |
| Expenses: | $1,122.52 | Vol. Expense Reductions: | $0.00 |
| Total: | $7,239.19 | Total Reductions: | $0.00 |

**Expenses:**

| | | | |
|---|---|---|---|
| Clerical | 4.4 Hours | Total Clerical | $220.00 |
| Legal Assistant | 7.2 Hours | Total Legal Assistant | $900.00 |

**Hourly Rates:**            Trustee        Paralegal/Clerical

| | | |
|---|---|---|
| Highest Rates: | N/A | $125.00 per hour / $50.00 per hour |
| Hours Billed: | N/A | 7.2 hours  / 4.4 hours |
| Average: | N/A | $900.00 + $220.00 + $2.52 [EXP] = $1,122.52 |

Dated: July 24, 2026                      /s/ LAURIE DAHL REA

                                          Chapter 7 Bankruptcy Trustee

Laurie Dahl Rea
State Bar No. 00796150
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton, Suite 520
Fort Worth, Texas 76102
Telephone:  817-347-5260
Facsimile:  817-347-5269
laurie.rea@romclaw.com

CHAPTER 7 TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
|  | ) |  |
| JASON TAYLOR MARTIN, | ) | CASE NO. 24-50209-bwo-7 |
|  | ) |  |
| Debtor. | ) |  |

### APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES

**NO HEARING WILL BE HELD ON THIS APPLICATION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1205 TEXAS AVE., ROOM 306, LUBBOCK, TX 79401-40 BEFORE THE CLOSE OF BUSINESS ON AUGUST 26, 2026, WHICH IS AT LEAST THIRTY (30) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON THE APPLICANT PRIOR TO THE DATE AND TIME SET FORTH ABOVE. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR APPLICATION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

TO THE HONORABLE EDWARD L. MORRIS UNITED STATES BANKRUPTCY JUDGE:

Comes now, LAURIE DAHL REA, chapter 7 trustee for the bankruptcy estate of Jason Taylor Martin and files this *Application for Trustee's Compensation and Expenses* ("Application") to request compensation and reimbursement of expenses pursuant to 11 U.S.C. § 330(a)(l) and (a)(7). In support of the Application, the trustee submits the following information:

1.      On October 19, 2022, the trustee was duly appointed as the chapter 7 trustee.

2.      Contemporaneously with the filing of the Application, the trustee has filed a Trustee's Final Report ("TFR") and a Notice of Trustee's Final Report ("NFR").

3.      Pursuant to 11 U.S.C. 326(a), the maximum compensation allowable to the trustee is **$6,116.67** based on the total amount disbursed to parties in interest, except for amounts disbursed to the debtor, or to any entity, if the funds disbursed were not property of the estate, e.g. return of a sale deposit. See attached **Exhibit 1** for a detailed calculation of the compensation requested.

4.      The trustee has received **$0.00** of the maximum compensation allowable as interim compensation, and now requests **$6,116.67** as final compensation, subject to additional compensation based on the disbursement of additional interest income to parties in interest.

5.      In addition, the trustee requests **$1,122.52** for reimbursement of reasonable and necessary expenses incurred in the administration of the estate. See attached **Exhibit 2** for an itemization of the trustee's expenses.

6.      In the event additional interest income accrues on estate funds after the filing of the TFR and before distribution of funds by the trustee, the trustee requests approval of additional compensation based on the disbursement of this additional interest income to parties in interest without further Order of the Court.

WHEREFORE, PREMISES CONSIDERED, LAURIE DAHL REA, the Chapter 7 bankruptcy trustee, requests approval of **$6,116.67** in compensation and **$1,122.52** in reimbursement of expenses as set forth herein and asks for such other relief to which applicant may be justly entitled.

Dated: July 24, 2026                                        RESPECTFULLY SUBMITTED,

                                                            /s/ LAURIE DAHL REA
                                                            Chapter 7 Bankruptcy Trustee

## TRUSTEE'S COMPENSATION   EXHIBIT 1

**Debtor:** Jason Taylor Martin                                                    **Case:** 22-42492-ELM7

### Computation of Compensation

Total disbursements to other than the debtor are:                                    **57,333.45**
Pursuant to 11 U.S.C. § 326, compensation is computed as follows:

| | | | |
|---|---|---|---|
| 25% of First $5000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 45,000.00 | = | 4,500.00 |
| 5% of Next $950,000 | 7,333.45 | = | 366.67 |
| 3% of Balance | 0.00 | = | 0.00 |

| | |
|---|---|
| **Calculated Compensation:** | **$6,116.67** |
| Plus Adjustment: | 0.00 |
| **Total Compensation:** | **$6,116.67** |
| Less Previously Paid: | 0.00 |
| **Total Compensation Requested:** | **$6,116.67** |

### Trustee Expenses

| | |
|---|---|
| Asset & Claim Review | 587.50 |
| Banking (clerical) | 25.00 |
| Legal Assistant | 125.00 |
| Monthly Bank Account Reconciliation (clerical) | 195.00 |
| Postage - Metered | 2.52 |
| TDR (legal assistant) | 62.50 |
| TFR (legal assistant) | 125.00 |
| **Subtotal Expenses:** | **$1,122.52** |
| Plus Adjustment: | 0.00 |
| **Total Expenses:** | **$1,122.52** |
| Less Previously Paid: | 0.00 |
| **Total Expenses Requested:** | **$1,122.52** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $6,116.67 as compensation and $1,122.52 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation or to be received.

Dated: July 24, 2026                        Signed: /s/Laurie Dahl Rea

Laurie Dahl Rea
Chapter 7 Bankruptcy Trustee
c/o Rochelle McCullough, LLP
300 Throckmorton Street, Suite 520
Fort Worth, TX  76102

**TIME AND BILLING**
**EXPENSE REPORT**     **EXHIBIT 2**     Page No: 1

| | | |
|---|---|---|
| **Case No.:** | 22-42492-ELM 7 | **Trustee Name** |
| **Case Name:** | Jason Taylor Martin | Laurie Dahl Rea |
| **Start Date:** | 10/19/2022 | |
| **End Date:** | 5/12/2026 | |

| DATE | RATE | QUANTITY | BILLABLE TOTAL | TOTAL | BILLING STATUS |
|---|---|---|---|---|---|
| **Claimant:  Laurie Dahl Rea** | | | | | |
| **Master Code:** | | | | | |
| **Project Category:** | | | | | |
| **Asset & Claim Review** | | | | | |
| 12/07/2022 | $125.000 | 0.50 | $62.50 | $62.50 | Billable |
| Imported assets and created Form 1 from schedules. (legal assistant) | | | | | |
| 03/03/2023 | $125.000 | 0.80 | $100.00 | $100.00 | Billable |
| Reviewed filed claims through 3/3/23 for possible objections. (legal assistant) | | | | | |
| 04/14/2023 | $125.000 | 0.80 | $100.00 | $100.00 | Billable |
| Reviewed claims post bar date for possible objections. (legal assistant) | | | | | |
| 12/04/2023 | $125.000 | 0.50 | $62.50 | $62.50 | Billable |
| Updated assets to include unscheduled business interests and updated claims to correct payees. (legal assistant) | | | | | |
| 12/04/2023 | $125.000 | 0.20 | $25.00 | $25.00 | Billable |
| Correspondence with IRS re: claim amended for actual amounts. (legal assistant) | | | | | |
| 12/11/2023 | $125.000 | 0.30 | $37.50 | $37.50 | Billable |
| Review amended IRS claim. (legal assistant) | | | | | |
| 12/18/2023 | $125.000 | 0.20 | $25.00 | $25.00 | Billable |
| Correspondence with Richardson ISD re: claim withdrawal. (legal assistant) | | | | | |
| 12/19/2023 | $125.000 | 0.20 | $25.00 | $25.00 | Billable |
| Review claim withdrawal by Richardson ISD and update claims for distribution purposes. (legal assistant) | | | | | |
| 06/06/2024 | $125.000 | 0.20 | $25.00 | $25.00 | Billable |
| Updated claim status per claim objection orders. | | | | | |
| 01/14/2026 | $125.000 | 0.50 | $62.50 | $62.50 | Billable |
| File and serve Notice of Intent to Abandon. (legal assistant) | | | | | |
| 04/15/2026 | $125.000 | 0.50 | $62.50 | $62.50 | Billable |
| Review AP case dockets for case status. (legal assistant) | | | | | |
| | **Asset & Claim Review:** | | **$587.50** | **$587.50** | |
| **Banking (clerical)** | | | | | |
| 01/13/2023 | $50.000 | 0.20 | $10.00 | $10.00 | Billable |
| Acquired bank account from Pinnacle Financial and setup estate bank folder. | | | | | |
| 03/07/2023 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Logged check into receipts log and prepared deposit. (clerical) | | | | | |

**TIME AND BILLING**
**EXPENSE REPORT**   **<u>EXHIBIT 2</u>**

Page No:  2

| | | |
|---|---|---|
| **Case No.:** | 22-42492-ELM 7 | |
| **Case Name:** | Jason Taylor Martin | |
| **Start Date:** | 10/19/2022 | |
| **End Date:** | 5/12/2026 | |

**Trustee Name**
Laurie Dahl Rea

| DATE | RATE | QUANTITY | BILLABLE TOTAL | TOTAL | BILLING STATUS |
|---|---|---|---|---|---|
| **Banking (clerical)** | | | | | |
| 05/12/2026 | $50.000 | 0.20 | $10.00 | $10.00 | Billable |
| Reviewed bank statements due to notification from bank. | | | | | |
| | **Banking (clerical):** | | **$25.00** | **$25.00** | |
| **Legal Assistant** | | | | | |
| 06/04/2024 | $125.000 | 1.00 | $125.00 | $125.00 | Billable |
| Review (3) AP pleadings and statuses.  (legal assistant) | | | | | |
| | **Legal Assistant:** | | **$125.00** | **$125.00** | |
| **Monthly Bank Account Reconciliation (clerical)** | | | | | |
| 03/03/2023 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 04/04/2023 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 05/01/2023 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 06/02/2023 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 07/03/2023 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 08/04/2023 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 09/05/2023 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 10/03/2023 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 11/01/2023 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 12/01/2023 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 01/04/2024 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 02/02/2024 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |

## TIME AND BILLING  **EXHIBIT 2**
## EXPENSE REPORT

Page No: 3

**Case No.:**      22-42492-ELM 7                                                  **Trustee Name**
**Case Name:**   Jason Taylor Martin                                          Laurie Dahl Rea
**Start Date:**    10/19/2022
**End Date:**      5/12/2026

| DATE | RATE | QUANTITY | BILLABLE TOTAL | TOTAL | BILLING STATUS |
|------|------|----------|----------------|-------|----------------|
| **Monthly Bank Account Reconciliation (clerical)** | | | | | |
| 03/04/2024 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 04/01/2024 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 05/02/2024 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 06/04/2024 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 07/02/2024 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 08/02/2024 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 09/06/2024 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 10/07/2024 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 11/07/2024 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 12/09/2024 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 01/09/2025 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 02/10/2025 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 03/07/2025 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 04/15/2025 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 05/09/2025 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 06/09/2025 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |

**TIME AND BILLING
EXPENSE REPORT**   **EXHIBIT 2**   Page No:  4

**Case No.:**     22-42492-ELM 7
**Case Name:**    Jason Taylor Martin
**Start Date:**   10/19/2022
**End Date:**     5/12/2026

**Trustee Name**
Laurie Dahl Rea

| DATE | RATE | QUANTITY | BILLABLE TOTAL | TOTAL | BILLING STATUS |
|---|---|---|---|---|---|
| **Monthly Bank Account Reconciliation (clerical)** | | | | | |
| 07/09/2025 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 08/08/2025 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 09/09/2025 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 10/09/2025 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 11/07/2025 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 12/08/2025 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 01/09/2026 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 02/09/2026 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 03/09/2026 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 04/08/2026 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| 05/08/2026 | $50.000 | 0.10 | $5.00 | $5.00 | Billable |
| Monthly Bank Account Reconciliation (clerical) | | | | | |
| **Monthly Bank Account Reconciliation (clerical):** | | | **$195.00** | **$195.00** | |
| **Postage - Metered** | | | | | |
| 05/12/2026 | $0.630 | 4.00 | $2.52 | $2.52 | Billable |
| Postage for mailing disbursements. | | | | | |
| **Postage - Metered:** | | | **$2.52** | **$2.52** | |
| **TDR (legal assistant)** | | | | | |
| 05/12/2026 | $125.000 | 0.50 | $62.50 | $62.50 | Billable |
| Prepare and send TDR to UST for review/filing. (legal assistant) | | | | | |
| **TDR (legal assistant):** | | | **$62.50** | **$62.50** | |

**TIME AND BILLING**
**EXPENSE REPORT**

**EXHIBIT 2**

Page No:  5

**Case No.:**      22-42492-ELM 7
**Case Name:**   Jason Taylor Martin
**Start Date:**    10/19/2022
**End Date:**     5/12/2026

**Trustee Name**
Laurie Dahl Rea

| DATE | RATE | QUANTITY | BILLABLE TOTAL | TOTAL | BILLING STATUS |
|------|------|----------|----------------|-------|----------------|
| **TFR (legal assistant)** | | | | | |
| 05/12/2026 | $125.000 | 1.00 | $125.00 | $125.00 | Billable |
| Prepare and send TFR to UST for review/filing. (legal assistant) | | | | | |
| **TFR (legal assistant):** | | | **$125.00** | **$125.00** | |
| **Projected Category Total:** | | | **$1,122.52** | **$1,122.52** | |
| **Matter Code Total:** | | | **$1,122.52** | **$1,122.52** | |

**EXPENSE SUMMARY:**      **$1,122.52**