Certificate Number: 14912-TXN-DE-041252748

Bankruptcy Case Number:  22-42492-elm7



14912-TXN-DE-041252748

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 27, 2026</u>, at <u>1:58</u> o'clock <u>PM EDT</u>, <u>Jason Martin</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Texas</u>.

Date:   <u>July 27, 2026</u>

By:    <u>/s/Jai Bhatt</u>

Name:  <u>Jai Bhatt</u>

Title:  <u>Counselor</u>