Certificate Number: 14912-TXN-DE-041253382

Bankruptcy Case Number: 22-42492



14912-TXN-DE-041253382

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 27, 2026, at 1:58 o'clock PM EDT, Jason Martin completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date: July 27, 2026                    By: /s/Jai Bhatt

                                       Name: Jai Bhatt

                                       Title: Counselor