United States Bankruptcy Court

Northern District of Texas

In re:                                                                            Case No. 22-42492-elm

Jason Taylor Martin                                                               Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 31, 2026 | Form ID: 318 | Total Noticed: 66 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason Taylor Martin, 1320 NW Summercrest Blvd, Apt. 412, Burleson, TX 76028-9439 |
| aty | + | Rochelle McCullogh, 300 Throckmorton Street, Suite 520, Fort Worth, TX 76102-2929 |
| cr | + | Nathan Park, 1717 Main Street, 25th Floor, Dallas, TX 75201-4612 |
| cr | + | The American National Bank of Texas, c/o Michael P. Menton, 3333 Lee Parkway, Eighth Floor, Dallas, TX 75219-5111 |
| 19831454 | + | Albin Oldner Law, 5665 North Dallas Parkway, #200, Frisco, TX 75034-7373 |
| 19831456 | + | Atmos Energy, PO Box 790311, St. Louis, MO 63179-0311 |
| 19831458 | + | Baylor Scott & White, Medical Center Sunnyvale, 231 South Collins Road, Sunnyvale, TX 75182-4624 |
| 19831459 | + | Brenda Park, 8129 County Road 2419, Royse City, TX 75189-2832 |
| 19831461 | | Christina Martin, c/o Mr. Jesse Douglass Melester, 250 Adriatic Pkwy Ste 108, Mckinney, TX 75072-8285 |
| 19903061 | + | Citibank, N.A., 400 White Clay Center Drive, Newark, DE 19711-5468 |
| 19831463 | + | City of Richardson, PO Box 831907, Richardson, TX 75083-1907 |
| 19831465 | + | Cree Lighting, PO Box 7410318, Chicago, IL 60674-0318 |
| 19831466 | + | Daltex Construction Services, LLC, c/o Scott Hayes, 1717 Main Street - 25th floor, Dallas, Texas 75201-4612 |
| 19831467 | + | Daltex Electric, LLC, c/o Scott Hayes, 1717 Main Street - 25th floor, Dallas, Texas 75201-4612 |
| 19831468 | + | Digestive Health Associates of TX, 8267 Elmbrook Drive, Suite 110, Dallas, TX 75247-4030 |
| 19831470 | + | Don Freitag, 7303 Eagle Bend Court, Dallas, TX 75249-4035 |
| 19831471 | + | Elliott Electric Supply, PO Box 206524, Dallas, TX 75320-6524 |
| 19831472 | + | Felix Hernandez, 3701 Cimmarron Blvd, #2502, Corpus Christi, TX 78414-3588 |
| 19831473 | + | Hernson Electric, 3701 Cimmarron Blvd., #2502, Corpus Christi, TX 78414-3588 |
| 19831477 | + | Marcus Powell, Powell Roofing, 321 Sweetleaf Dr, Fate, TX 75087-0346 |
| 19831479 | + | Milestone Security, 1646 West Chester Pike, #31, West Chester, PA 19382-7979 |
| 20122412 | + | Nathan Park, c/o Scott Hayes, 1717 Main #2500, Dallas, Texas 75201-7341 |
| 19831482 | | PPCBM Facility Management, 5627 TX-276, Royse City, TX 75189 |
| 19831480 | + | Parkside Service Center, PO Box 2785, Frisco, TX 75034-0052 |
| 19831485 | + | RCR Construction LLC, 1214 Exchange Dr, Richardson, TX 75081-2313 |
| 19831487 | + | RLM Contractors, 2638 Rosewood Drive, Mesquite, TX 75150-1943 |
| 19831484 | + | Raining Favor, 3701 Cimmarron Blvd, #2502, Corpus Christi, TX 78414-3588 |
| 19831490 | + | SettlePou, Attn: Michael P. Menton, 3333 Lee Parkway, Eighth Floor, Dallas, TX 75219-5111 |
| 19831491 | + | Shermco, PO Box 540545, Dallas, TX 75354-0545 |
| 19831493 | + | Summit Electric Supply, PO Box 848345, Dallas, TX 75284-8345 |
| 20122227 | + | The American National Bank of Texas, c/o Michael P. Menton, 3333 Lee Parkway, 8th Floor, Dallas, TX 75219-5111 |
| 19831499 | + | UT Southwestern Medical Center, 5323 Harry Hines Blbd., Dallas, TX 75390-7200 |
| 19831501 | + | Wex-Quick Trip, PO Box 4337, Carol Stream, IL 60197-4337 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Aug 01 2026 02:17:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Jul 31 2026 22:25:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o Sherrel K. Knighton, 2777 N. |

District/off: 0539-4        User: admin        Page 2 of 4

Date Rcvd: Jul 31, 2026        Form ID: 318        Total Noticed: 66

| | | | |
|---|---|---|---|
| | | | Stemmons Frwy, Suite 1000, Dallas, TX 75207-2328 |
| 19831455 | + Email/PDF: bncnotices@becket-lee.com | Jul 31 2026 22:23:30 | American Express, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 20066369 | Email/PDF: bncnotices@becket-lee.com | Jul 31 2026 22:23:25 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 20120196 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2026 22:23:30 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 19831457 | Email/Text: bcd@oag.texas.gov | Jul 31 2026 22:25:00 | Attorney General of Texas, Bankruptcy Section, P.O. BOX 12548, Austin, TX 78711-2548 |
| 19904411 | EDI: BANKAMER | Aug 01 2026 02:11:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 19899461 | + EDI: AISACG.COM | Aug 01 2026 02:17:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 19831460 | + EDI: CAPITALONE.COM | Aug 01 2026 02:11:00 | Capital One Bank/Bass Pro, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 23408803 | EDI: CITICORP | Aug 01 2026 02:17:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 19831462 | + EDI: CITICORP | Aug 01 2026 02:17:00 | Citibank/The Home Depot, Citicorp Credit Services, Centralized Bankruptcy Dept., PO Box 790034, St Louis, MO 63179-0034 |
| 19831464 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 31 2026 22:23:25 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 19898598 | EDI: DISCOVER | Aug 01 2026 02:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 19831469 | + EDI: DISCOVER | Aug 01 2026 02:11:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 19831476 | + EDI: IRS.COM | Aug 01 2026 02:17:00 | INTERNAL REVENUE SERVICE, 1100 Commerce Street, MC 5026 DAL, Dallas, TX 75242-1100 |
| 20122115 | EDI: JEFFERSONCAP.COM | Aug 01 2026 02:17:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 19899290 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2026 22:23:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 20076839 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 31 2026 22:25:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 19831478 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 31 2026 22:25:00 | Midland Funding, LLC, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 19831481 | EDI: PRA.COM | Aug 01 2026 02:17:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 19831682 | + EDI: PRA.COM | Aug 01 2026 02:17:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 20064112 | Email/Text: peritus@ebn.phinsolutions.com | Jul 31 2026 22:26:00 | Pendrick Capital Partners, Llc, Peritus Portfolio Services Ii, Llc, Po Box 141419, Irving, TX 75014-1419 |
| 20071097 | EDI: Q3G.COM | Aug 01 2026 02:17:00 | Quantum3 Group LLC as agent for, Paradigm Assets Recovery LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 19831486 | + Email/Text: ecfbankruptcy@nrg.com | Jul 31 2026 22:26:00 | Reliant Energy, PO Box 650475, Dallas, TX 75265-0475 |
| 19832046 | + Email/Text: emccain@pbfcm.com | | |

District/off: 0539-4 | User: admin | Page 3 of 4
Date Rcvd: Jul 31, 2026 | Form ID: 318 | Total Noticed: 66

| | | | |
|---|---|---|---|
| | | Jul 31 2026 22:25:00 | Richardson ISD, c/o Perdue Brandon Fielder et al, 500 East Border Street, Suite 640, Arlington, TX 76010-7457 |
| 19831494 | | Email/Text: creditlegal@sunstateequip.com | |
| | | Jul 31 2026 22:25:00 | Sunstate Equipment, PO Box 208439, Dallas, TX 75320 |
| 19831492 | + | Email/Text: dl-csgbankruptcy@charter.com | |
| | | Jul 31 2026 22:26:00 | Spectrum, PO Box 60074, City of Industry, CA 91716-0074 |
| 19831495 | + | EDI: SYNC | |
| | | Aug 01 2026 02:11:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 19831496 | + | EDI: SYNC | |
| | | Aug 01 2026 02:11:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 19831497 | | Email/Text: edbknotices@ecmc.org | |
| | | Jul 31 2026 22:25:00 | U.S. Dept. Of Education, 400 Maryland Avenue, SW Room 6E353, Washington DC, 20202-2110 |
| 19831498 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | |
| | | Jul 31 2026 22:25:00 | U.S. Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| 19831500 | + | Email/Text: rdafoe@wslawpc.com | |
| | | Jul 31 2026 22:25:00 | Waddell Serafino Geary Rechner, Jenevein, P.C., Comerica Bank Tower, 1717 Main Street, 25th Floor, Dallas, TX 75201-4612 |
| 20078534 | | EDI: WFCCSBK | |
| | | Aug 01 2026 02:17:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citibank N.A. |
| cr | * | Quantum3 Group LLC as agent for, Paradigm Assets Recovery LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | *+ | Richardson ISD, c/o Perdue Brandon Fielder et al, 500 East Border Street, Suite 640, Arlington, TX 76010-7457 |
| 19831475 | * | INTERNAL REVENUE SERVICE, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 19831474 | * | Internal Revenue Service, Centralized Insolvency, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 19831483 | ##+ | Professional Plotter Tech, 3913 Todd Lane, #512, Austin, TX 78744-1060 |
| 19831488 | ##+ | Scott Park, SPMC Services LLC, 1088 Harvest Hill Circle, Royse City, TX 75189-2858 |
| 19831489 | ##+ | Scott Park, DBA SPMC Services, LLC, 1088 Harvest Hills Circle, Royse City, TX 75189-2858 |

TOTAL: 1 Undeliverable, 4 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2026 | Signature: | /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2026 at the address(es) listed below:**

District/off: 0539-4                                    User: admin                                      Page 4 of 4

Date Rcvd: Jul 31, 2026                                Form ID: 318                                   Total Noticed: 66

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Debtor Jason Taylor Martin clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| David James Shuster | on behalf of Debtor Jason Taylor Martin info@shusterlawfirm.com noticesbankruptcy@gmail.com;monique@shusterlawfirm.com;Shuster.DaveB137663@notify.bestcase.com;jennifer@shusterlawfirm.com;paralegal@shusterlawfirm.com;juliancrowdershuster@jubileebk.net |
| Eboney D. Cobb | on behalf of Creditor Richardson ISD emccain@pbfcm.com  rgleason@pbfcm.com |
| Laurie D. Rea | on behalf of Defendant Laurie Rea laurie.rea@romclaw.com  tandi.levario@romclaw.com |
| Laurie D. Rea | on behalf of Trustee Laurie Dahl Rea laurie.rea@romclaw.com  tandi.levario@romclaw.com |
| Laurie Dahl Rea | trusteelaurierea@gmail.com  TX83@ecfcbis.com;tandi.levario@romclaw.com;ecf.alert+ReaTXNB@titlexi.com |
| Laurie Dahl Rea | on behalf of Trustee Laurie Dahl Rea trusteelaurierea@gmail.com TX83@ecfcbis.com;tandi.levario@romclaw.com;ecf.alert+ReaTXNB@titlexi.com |
| Michael Paul Menton | on behalf of Creditor The American National Bank of Texas mikementon@waderobertslaw.com |
| Richard G. Dafoe | on behalf of Creditor Nathan Park rdafoe@vinlaw.com  rdafoe@ecf.inforuptcy.com;jwhite@ecf.inforuptcy.com |
| Richard G. Dafoe | on behalf of Plaintiff Daltex Electric  LLC rdafoe@vinlaw.com, rdafoe@ecf.inforuptcy.com;jwhite@ecf.inforuptcy.com |
| Richard G. Dafoe | on behalf of Plaintiff Brenda Park rdafoe@vinlaw.com  rdafoe@ecf.inforuptcy.com;jwhite@ecf.inforuptcy.com |
| Richard G. Dafoe | on behalf of Plaintiff Nathan Park rdafoe@vinlaw.com  rdafoe@ecf.inforuptcy.com;jwhite@ecf.inforuptcy.com |
| Scott Hayes | on behalf of Plaintiff Nathan Park shayes@wslawpc.com |
| Scott Hayes | on behalf of Plaintiff Daltex Electric  LLC shayes@wslawpc.com |
| Scott Hayes | on behalf of Plaintiff Brenda Park shayes@wslawpc.com |
| Sherrel K. Knighton | on behalf of Creditor Dallas County Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Eva.Parker@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| Warren V. Norred | on behalf of Debtor Jason Taylor Martin warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Warren V. Norred | on behalf of Defendant Jason Taylor Martin warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

TOTAL: 19

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jason Taylor Martin | Social Security number or ITIN   xxx–xx–5179 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   Northern District of Texas

Case number:   22–42492–elm7

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jason Taylor Martin

7/30/26

**By the court:**   Edward L. Morris
                        United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318          **Order of Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Official Form 318                **Order of Discharge**                page 2