Laurie Dahl Rea
State Bar No. 00796150
ROCHELLE MCCULLOUGH PLLC
300 Throckmorton Street, Suite 520
Fort Worth, TX 76102
Telephone: 817-347-5260
Facsimile: 817-347-5269
laurie.rea@romclaw.com

CHAPTER 7 TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| JASON TAYLOR MARTIN, | ) | CASE NO. 25-43424-elm-7 |
| Debtors. | ) | |

**CERTIFICATE OF NO OBJECTION**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Laurie Dahl Rea, Chapter 7 Trustee ("Trustee"), files this Certificate of No Objection to the *Application for Trustee's Compensation and Expenses* (the "Application") [Docket No. 63].

1. On July 24, 2026, the Trustee filed the Application which included negative notice language advising all parties in interest that any objection to the Application was required to be filed by no later than August 26, 2026, which date was at least thirty (30) days after the date of service of the Application.

2. The deadline for objections to the Application has passed. No party has objected. Therefore, the Application is deemed unopposed and the Trustee requests that the Court grant the Application.

WHEREFORE, the Trustee respectfully requests that the Court enter an order granting the Application and granting such other and further relief as is just and proper.

Dated: September 9, 2026.

Respectfully submitted,

/s/ Laurie Dahl Rea
Laurie Dahl Rea
State Bar No. 00796150
ROCHELLE MCCULLOUGH PLLC
300 Throckmorton Street, Suite 520
Fort Worth, TX 76102
Telephone: 817-347-5260
Facsimile: 817-347-5269
laurie.rea@romclaw.com

CHAPTER 7 TRUSTEE