CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 10, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| JASON TAYLOR MARTIN, | ) | CASE NO. 22-42492-elm-7 |
| | ) | |
| Debtors. | ) | |

**ORDER APPROVING APPLICATION FOR**
**TRUSTEE'S COMPENSATION AND EXPENSES**

The Court considered the *Application for Trustee's Compensation and Expenses* (the "Application") [Docket No. 63], filed by Laurie Dahl Rea, Chapter 7 Trustee for the estate ("Trustee") on July 24, 2026. The Application or notice thereof was served on all appropriate parties and contained negative notice language requiring parties to respond on or before August 26, 2026. No party objected. Accordingly, a hearing on the Application is unnecessary. Upon review of the Application and the record in this case, the Court finds that the fees and expenses are reasonable, necessary, and allowable. It is therefore

**ORDERED** that the Application is approved; and it is further

**ORDERED** that the Trustee is hereby allowed fees in the amount of **$6,116.67** and expenses in the amount of **$1,122.52**.

# # # END OF ORDER # # #

Submitted by:

/s/ Laurie Dahl Rea
Laurie Dahl Rea
State Bar No. 00796150
ROCHELLE MCCULLOUGH PLLC
300 Throckmorton Street, Suite 520
Fort Worth, TX 76102
Telephone: (817) 347-5260
Facsimile: (817) 347-5269
laurie.rea@romclaw.com

CHAPTER 7 TRUSTEE