United States Bankruptcy Court

Northern District of Texas

In re: Case No. 22-42492-elm

Jason Taylor Martin Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 4

Date Rcvd: Sep 08, 2026 Form ID: pdf030 Total Noticed: 66

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason Taylor Martin, 1320 NW Summercrest Blvd, Apt. 412, Burleson, TX 76028-9439 |
| aty | + | Rochelle McCullogh, 300 Throckmorton Street, Suite 520, Fort Worth, TX 76102-2929 |
| cr | + | Nathan Park, 1717 Main Street, 25th Floor, Dallas, TX 75201-4612 |
| cr | + | The American National Bank of Texas, c/o Michael P. Menton, 3333 Lee Parkway, Eighth Floor, Dallas, TX 75219-5111 |
| 19831454 | + | Albin Oldner Law, 5665 North Dallas Parkway, #200, Frisco, TX 75034-7373 |
| 19831456 | + | Atmos Energy, PO Box 790311, St. Louis, MO 63179-0311 |
| 19831458 | + | Baylor Scott & White, Medical Center Sunnyvale, 231 South Collins Road, Sunnyvale, TX 75182-4624 |
| 19831459 | + | Brenda Park, 8129 County Road 2419, Royse City, TX 75189-2832 |
| 19831461 | | Christina Martin, c/o Mr. Jesse Douglass Melester, 250 Adriatic Pkwy Ste 108, Mckinney, TX 75072-8285 |
| 19903061 | + | Citibank, N.A., 400 White Clay Center Drive, Newark, DE 19711-5468 |
| 19831463 | + | City of Richardson, PO Box 831907, Richardson, TX 75083-1907 |
| 19831465 | + | Cree Lighting, PO Box 7410318, Chicago, IL 60674-0318 |
| 19831466 | + | Daltex Construction Services, LLC, c/o Scott Hayes, 1717 Main Street - 25th floor, Dallas, Texas 75201-4612 |
| 19831467 | + | Daltex Electric, LLC, c/o Scott Hayes, 1717 Main Street - 25th floor, Dallas, Texas 75201-4612 |
| 19831468 | + | Digestive Health Associates of TX, 8267 Elmbrook Drive, Suite 110, Dallas, TX 75247-4030 |
| 19831470 | + | Don Freitag, 7303 Eagle Bend Court, Dallas, TX 75249-4035 |
| 19831471 | + | Elliott Electric Supply, PO Box 206524, Dallas, TX 75320-6524 |
| 19831472 | + | Felix Hernandez, 3701 Cimmarron Blvd, #2502, Corpus Christi, TX 78414-3588 |
| 19831473 | + | Hernson Electric, 3701 Cimmarron Blvd., #2502, Corpus Christi, TX 78414-3588 |
| 19831477 | + | Marcus Powell, Powell Roofing, 321 Sweetleaf Dr, Fate, TX 75087-0346 |
| 19831479 | + | Milestone Security, 1646 West Chester Pike, #31, West Chester, PA 19382-7979 |
| 20122412 | + | Nathan Park, c/o Scott Hayes, 1717 Main #2500, Dallas, Texas 75201-7341 |
| 19831482 | | PPCBM Facility Management, 5627 TX-276, Royse City, TX 75189 |
| 19831480 | + | Parkside Service Center, PO Box 2785, Frisco, TX 75034-0052 |
| 19831485 | + | RCR Construction LLC, 1214 Exchange Dr, Richardson, TX 75081-2313 |
| 19831487 | + | RLM Contractors, 2638 Rosewood Drive, Mesquite, TX 75150-1943 |
| 19831484 | + | Raining Favor, 3701 Cimmarron Blvd, #2502, Corpus Christi, TX 78414-3588 |
| 19831490 | + | SettlePou, Attn: Michael P. Menton, 3333 Lee Parkway, Eighth Floor, Dallas, TX 75219-5111 |
| 19831491 | + | Shermco, PO Box 540545, Dallas, TX 75354-0545 |
| 19831493 | + | Summit Electric Supply, PO Box 848345, Dallas, TX 75284-8345 |
| 20122227 | + | The American National Bank of Texas, c/o Michael P. Menton, 3333 Lee Parkway, 8th Floor, Dallas, TX 75219-5111 |
| 19831499 | + | UT Southwestern Medical Center, 5323 Harry Hines Blbd., Dallas, TX 75390-7200 |
| 19831501 | + | Wex-Quick Trip, PO Box 4337, Carol Stream, IL 60197-4337 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 09 2026 00:17:55 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Sep 09 2026 00:07:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o Sherrel K. Knighton, 2777 N. |

| | | | | |
|---|---|---|---|---|
| | | | | Stemmons Frwy, Suite 1000, Dallas, TX 75207-2328 |
| 19831455 | + | Email/PDF: bncnotices@becket-lee.com | Sep 09 2026 00:17:52 | American Express, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 20066369 | | Email/PDF: bncnotices@becket-lee.com | Sep 09 2026 00:17:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 20120196 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2026 00:17:52 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 19831457 | | Email/Text: bcd@oag.texas.gov | Sep 09 2026 00:07:00 | Attorney General of Texas, Bankruptcy Section, P.O. BOX 12548, Austin, TX 78711-2548 |
| 19904411 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 09 2026 00:07:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 19899461 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 09 2026 00:17:55 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 19831460 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 09 2026 00:17:58 | Capital One Bank/Bass Pro, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 23408803 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2026 00:17:52 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 19831462 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2026 00:17:52 | Citibank/The Home Depot, Citicorp Credit Services, Centralized Bankruptcy Dept., PO Box 790034, St Louis, MO 63179-0034 |
| 19831464 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 09 2026 00:17:58 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 19898598 | | Email/Text: mrdiscen@discover.com | Sep 09 2026 00:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 19831469 | + | Email/Text: mrdiscen@discover.com | Sep 09 2026 00:07:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 19831476 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 09 2026 00:07:00 | INTERNAL REVENUE SERVICE, 1100 Commerce Street, MC 5026 DAL, Dallas, TX 75242-1100 |
| 20122115 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 09 2026 00:07:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 19899290 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2026 00:17:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 20076839 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 09 2026 00:07:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 19831478 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 09 2026 00:07:00 | Midland Funding, LLC, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 19831481 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 09 2026 00:17:51 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 19831682 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 09 2026 00:17:55 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 20064112 | | Email/Text: peritus@ebn.phinsolutions.com | Sep 09 2026 00:08:00 | Pendrick Capital Partners, Llc, Peritus Portfolio Services Ii, Llc, Po Box 141419, Irving, TX 75014-1419 |
| 20071097 | | Email/Text: bnc-quantum@quantum3group.com | Sep 09 2026 00:07:00 | Quantum3 Group LLC as agent for, Paradigm Assets Recovery LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 19831486 | + | Email/Text: ecfbankruptcy@nrg.com | Sep 09 2026 00:07:00 | Reliant Energy, PO Box 650475, Dallas, TX 75265-0475 |
| 19832046 | + | Email/Text: emccain@pbfcm.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 09 2026 00:07:00 | Richardson ISD, c/o Perdue Brandon Fielder et al, 500 East Border Street, Suite 640, Arlington, TX 76010-7457 |
| 19831494 | | Email/Text: creditlegal@sunstateequip.com | Sep 09 2026 00:07:00 | Sunstate Equipment, PO Box 208439, Dallas, TX 75320 |
| 19831492 | + | Email/Text: dl-csgbankruptcy@charter.com | Sep 09 2026 00:08:00 | Spectrum, PO Box 60074, City of Industry, CA 91716-0074 |
| 19831495 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 09 2026 00:17:52 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 19831496 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 09 2026 00:17:55 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 19831497 | | Email/Text: edbknotices@ecmc.org | Sep 09 2026 00:07:00 | U.S. Dept. Of Education, 400 Maryland Avenue, SW Room 6E353, Washington DC, 20202-2110 |
| 19831498 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Sep 09 2026 00:07:00 | U.S. Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| 19831500 | + | Email/Text: rdafoe@wslawpc.com | Sep 09 2026 00:07:00 | Waddell Serafino Geary Rechner, Jenevein, P.C., Comerica Bank Tower, 1717 Main Street, 25th Floor, Dallas, TX 75201-4612 |
| 20078534 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Sep 09 2026 00:17:58 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citibank N.A. |
| cr | * | Quantum3 Group LLC as agent for, Paradigm Assets Recovery LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | *+ | Richardson ISD, c/o Perdue Brandon Fielder et al, 500 East Border Street, Suite 640, Arlington, TX 76010-7457 |
| 19831475 | * | INTERNAL REVENUE SERVICE, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 19831474 | * | Internal Revenue Service, Centralized Insolvency, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 19831483 | ##+ | Professional Plotter Tech, 3913 Todd Lane, #512, Austin, TX 78744-1060 |
| 19831488 | ##+ | Scott Park, SPMC Services LLC, 1088 Harvest Hill Circle, Royse City, TX 75189-2858 |
| 19831489 | ##+ | Scott Park, DBA SPMC Services, LLC, 1088 Harvest Hills Circle, Royse City, TX 75189-2858 |

TOTAL: 1 Undeliverable, 4 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Debtor Jason Taylor Martin clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| David James Shuster | on behalf of Debtor Jason Taylor Martin info@shusterlawfirm.com noticesbankruptcy@gmail.com;monique@shusterlawfirm.com;Shuster.DaveB137663@notify.bestcase.com;jennifer@shusterlawfirm.com;paralegal@shusterlawfirm.com;juliancrowdershuster@jubileebk.net |
| Eboney D. Cobb | on behalf of Creditor Richardson ISD emccain@pbfcm.com rgleason@pbfcm.com |
| Laurie D. Rea | on behalf of Defendant Laurie Rea laurie.rea@romclaw.com tandi.levario@romclaw.com |
| Laurie D. Rea | on behalf of Trustee Laurie Dahl Rea laurie.rea@romclaw.com tandi.levario@romclaw.com |
| Laurie Dahl Rea | trusteelaurierea@gmail.com TX83@ecfcbis.com;tandi.levario@romclaw.com;ecf.alert+ReaTXNB@titlexi.com |
| Laurie Dahl Rea | on behalf of Trustee Laurie Dahl Rea trusteelaurierea@gmail.com TX83@ecfcbis.com;tandi.levario@romclaw.com;ecf.alert+ReaTXNB@titlexi.com |
| Michael Paul Menton | on behalf of Creditor The American National Bank of Texas mikementon@waderobertslaw.com |
| Richard G. Dafoe | on behalf of Creditor Nathan Park rdafoe@vinlaw.com rdafoe@ecf.inforuptcy.com;jwhite@ecf.inforuptcy.com |
| Richard G. Dafoe | on behalf of Plaintiff Daltex Electric LLC rdafoe@vinlaw.com, rdafoe@ecf.inforuptcy.com;jwhite@ecf.inforuptcy.com |
| Richard G. Dafoe | on behalf of Plaintiff Brenda Park rdafoe@vinlaw.com rdafoe@ecf.inforuptcy.com;jwhite@ecf.inforuptcy.com |
| Richard G. Dafoe | on behalf of Plaintiff Nathan Park rdafoe@vinlaw.com rdafoe@ecf.inforuptcy.com;jwhite@ecf.inforuptcy.com |
| Scott Hayes | on behalf of Plaintiff Nathan Park shayes@wslawpc.com |
| Scott Hayes | on behalf of Plaintiff Daltex Electric LLC shayes@wslawpc.com |
| Scott Hayes | on behalf of Plaintiff Brenda Park shayes@wslawpc.com |
| Sherrel K. Knighton | on behalf of Creditor Dallas County Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Eva.Parker@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| Warren V. Norred | on behalf of Debtor Jason Taylor Martin warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Warren V. Norred | on behalf of Defendant Jason Taylor Martin warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

TOTAL: 19

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | | |
|---|---|---|---|
| In re: | Jason Taylor Martin | § | Case No. 4:22-bk-42492-elm |
| | | § | |
| | | § | |
| Debtor(s) | | § | |

# AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Laurie Dahl Rea, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk, U S Bankruptcy Court
Eldon B. Mahon U.S. Courthouse
501 W. 10th St., Rm. 147
Fort Worth, TX 76102-3643

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/24/2026 By: /s/ Laurie Dahl Rea
Trustee

Laurie Dahl Rea
c/o Rochelle McCullough PLLC, 300 Throckmorton Street, Suite 520
Fort Worth, TX 76102
(817) 347-5267
Laurie.Rea@romclaw.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: Jason Taylor Martin | § | Case No. 4:22-bk-42492-elm |
| | § | |
| | § | |
| Debtor(s) | § | |

# SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | *$* | 71,128.45 |
| *and approved disbursements of* | *$* | 23,858.12 |
| *leaving a balance on hand of* [1] | *$* | 47,270.33 |

**Balance on hand:** $ 47,270.33

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Richardson ISD | 5,877.57 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 47,270.33

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Laurie Dahl Rea | 6,116.67 | 0.00 | 6,116.67 |
| Trustee, Expenses - Laurie Dahl Rea | 1,122.52 | 0.00 | 1,122.52 |
| Attorney for Trustee, Fees - Rochelle McCullough PLLC | 9,175.00 | 9,175.00 | 0.00 |
| Attorney for Trustee, Expenses - Rochelle McCullough PLLC | 538.01 | 538.01 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 7,239.19
Remaining balance: $ 40,031.14

Applications for prior chapter fees and administrative expenses have been filed as follows:

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| **NONE** | | | |

Total to be paid for prior chapter administration expenses: $ 0.00
Remaining balance: $ 40,031.14

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $202,904.29 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8-1(p) | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 |
| 8-2(p) | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 40,031.14 |
| 8-3(p) | INTERNAL REVENUE SERVICE | 202,904.29 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 40,031.14
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,006,106.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.000 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Discover Bank | 4,469.83 | 0.00 | 0.00 |
| 3 | LVNV Funding, LLC | 1,683.82 | 0.00 | 0.00 |
| 4-2 | Citibank, N.A. | 963.32 | 0.00 | 0.00 |
| 5-1 | Bank of America, N.A. | 0.00 | 0.00 | 0.00 |
| 5-2 | Bank of America, N.A. | 1,709.07 | 0.00 | 0.00 |
| 6 | Bank of America, N.A. | 0.00 | 0.00 | 0.00 |
| 7 | Pendrick Capital Partners, LLC | 1,564.00 | 0.00 | 0.00 |

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8-1(u) | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 |
| 8-2(u) | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 |
| 8-3(u) | INTERNAL REVENUE SERVICE | 889.78 | 0.00 | 0.00 |
| 9 | American Express National Bank | 21,500.80 | 0.00 | 0.00 |
| 10 | Quantum3 Group LLC as agent for Paradigm Assets Recovery LLC | 0.00 | 0.00 | 0.00 |
| 11 | Midland Credit Management, Inc. | 4,504.96 | 0.00 | 0.00 |
| 12 | Midland Credit Management, Inc. | 1,752.37 | 0.00 | 0.00 |
| 13 | Midland Credit Management, Inc. | 1,498.28 | 0.00 | 0.00 |
| 14 | Wells Fargo Bank, N.A. | 2,146.18 | 0.00 | 0.00 |
| 15 | LVNV Funding, LLC | 0.00 | 0.00 | 0.00 |
| 16 | Ashley Funding Services, LLC | 100.00 | 0.00 | 0.00 |
| 17 | Jefferson Capital Systems LLC | 2,269.07 | 0.00 | 0.00 |
| 18 | Jefferson Capital Systems LLC | 4,210.73 | 0.00 | 0.00 |
| 19 | The American National Bank of Texas | 95,908.58 | 0.00 | 0.00 |
| 20 | Nathan Park | 0.00 | 0.00 | 0.00 |
| 21 | Albin Oldner Law | 60,935.50 | 0.00 | 0.00 |
| 22 | Nathan Park | 100,000.00 | 0.00 | 0.00 |
| 23 | Daltex Electric, LLC | 500,000.00 | 0.00 | 0.00 |
| 24 | Christina Martin | 200,000.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | **NONE** | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/ Laurie Dahl Rea
Trustee

Laurie Dahl Rea
c/o Rochelle McCullough PLLC
300 Throckmorton Street, Suite 520
Fort Worth, TX 76102
(817) 347-5267
Laurie.Rea@romclaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.