United States Bankruptcy Court

Northern District of Texas

In re:
Jason Taylor Martin
Debtor

Case No. 22-42492-elm
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0539-4 | User: admin | Page 1 of 2
Date Rcvd: Sep 10, 2026 | Form ID: pdf012 | Total Noticed: 8

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason Taylor Martin, 1320 NW Summercrest Blvd, Apt. 412, Burleson, TX 76028-9439 |
| aty | + | Rochelle McCullogh, 300 Throckmorton Street, Suite 520, Fort Worth, TX 76102-2929 |
| cr | + | Nathan Park, 1717 Main Street, 25th Floor, Dallas, TX 75201-4612 |
| cr | + | The American National Bank of Texas, c/o Michael P. Menton, 3333 Lee Parkway, Eighth Floor, Dallas, TX 75219-5111 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 10 2026 22:29:36 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Sep 10 2026 22:26:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o Sherrel K. Knighton, 2777 N. Stemmons Frwy, Suite 1000, Dallas, TX 75207-2328 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Sep 10 2026 22:26:00 | Quantum3 Group LLC as agent for, Paradigm Assets Recovery LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/Text: emccain@pbfcm.com | Sep 10 2026 22:25:00 | Richardson ISD, c/o Perdue Brandon Fielder et al, 500 East Border Street, Suite 640, Arlington, TX 76010-7457 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citibank N.A. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Debtor Jason Taylor Martin clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| David James Shuster | on behalf of Debtor Jason Taylor Martin info@shusterlawfirm.com noticesbankruptcy@gmail.com;monique@shusterlawfirm.com;Shuster.DaveB137663@notify.bestcase.com;jennifer@shusterlawfirm.com;paralegal@shusterlawfirm.com;juliancrowdershuster@jubileebk.net |
| Eboney D. Cobb | on behalf of Creditor Richardson ISD emccain@pbfcm.com rgleason@pbfcm.com |
| Laurie D. Rea | on behalf of Defendant Laurie Rea laurie.rea@romclaw.com tandi.levario@romclaw.com |
| Laurie D. Rea | on behalf of Trustee Laurie Dahl Rea laurie.rea@romclaw.com tandi.levario@romclaw.com |
| Laurie Dahl Rea | trusteelaurierea@gmail.com TX83@ecfcbis.com;tandi.levario@romclaw.com;ecf.alert+ReaTXNB@titlexi.com |
| Laurie Dahl Rea | on behalf of Trustee Laurie Dahl Rea trusteelaurierea@gmail.com TX83@ecfcbis.com;tandi.levario@romclaw.com;ecf.alert+ReaTXNB@titlexi.com |
| Michael Paul Menton | on behalf of Creditor The American National Bank of Texas mikementon@waderobertslaw.com |
| Richard G. Dafoe | on behalf of Creditor Nathan Park rdafoe@vinlaw.com rdafoe@ecf.inforuptcy.com;jwhite@ecf.inforuptcy.com |
| Richard G. Dafoe | on behalf of Plaintiff Daltex Electric LLC rdafoe@vinlaw.com, rdafoe@ecf.inforuptcy.com;jwhite@ecf.inforuptcy.com |
| Richard G. Dafoe | on behalf of Plaintiff Brenda Park rdafoe@vinlaw.com rdafoe@ecf.inforuptcy.com;jwhite@ecf.inforuptcy.com |
| Richard G. Dafoe | on behalf of Plaintiff Nathan Park rdafoe@vinlaw.com rdafoe@ecf.inforuptcy.com;jwhite@ecf.inforuptcy.com |
| Scott Hayes | on behalf of Plaintiff Nathan Park shayes@wslawpc.com |
| Scott Hayes | on behalf of Plaintiff Daltex Electric LLC shayes@wslawpc.com |
| Scott Hayes | on behalf of Plaintiff Brenda Park shayes@wslawpc.com |
| Sherrel K. Knighton | on behalf of Creditor Dallas County Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Eva.Parker@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| Warren V. Norred | on behalf of Debtor Jason Taylor Martin warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Warren V. Norred | on behalf of Defendant Jason Taylor Martin warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

TOTAL: 19

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 10, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| JASON TAYLOR MARTIN, | ) | CASE NO. 22-42492-elm-7 |
| Debtors. | ) | |

**ORDER APPROVING APPLICATION FOR
TRUSTEE'S COMPENSATION AND EXPENSES**

The Court considered the *Application for Trustee's Compensation and Expenses* (the "Application") [Docket No. 63], filed by Laurie Dahl Rea, Chapter 7 Trustee for the estate ("Trustee") on July 24, 2026. The Application or notice thereof was served on all appropriate parties and contained negative notice language requiring parties to respond on or before August 26, 2026. No party objected. Accordingly, a hearing on the Application is unnecessary. Upon review of the Application and the record in this case, the Court finds that the fees and expenses are reasonable, necessary, and allowable. It is therefore

**ORDERED** that the Application is approved; and it is further

**ORDERED** that the Trustee is hereby allowed fees in the amount of **$6,116.67** and expenses in the amount of **$1,122.52**.

# # # END OF ORDER # # #

Submitted by:

/s/ Laurie Dahl Rea
Laurie Dahl Rea
State Bar No. 00796150
ROCHELLE MCCULLOUGH PLLC
300 Throckmorton Street, Suite 520
Fort Worth, TX 76102
Telephone: (817) 347-5260
Facsimile: (817) 347-5269
laurie.rea@romclaw.com

CHAPTER 7 TRUSTEE