Laurie Dahl Rea
State Bar No. 00796150
ROCHELLE MCCULLOUGH PLLC
300 Throckmorton Street, Suite 520
Fort Worth, TX 76102
Telephone: 817-347-5260
Facsimile: 817-347-5269
laurie.rea@romclaw.com

CHAPTER 7 TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| JASON TAYLOR MARTIN, | ) | CASE NO. 22-42492-elm-7 |
| Debtors. | ) | |

**CERTIFICATE OF NO OBJECTION TO AMENDED CHAPTER 7 TRUSTEE'S FINAL REPORTAND PROPOSED DISTRIBUTION TO CREDITORS**

Laurie Dahl Rea, Chapter 7 Trustee, certifies that the *Amended Chapter 7 Trustee's Final Report* (the "Amended Report") [Docket No. 70] and the *Amended Notice of Trustee's Final Report and Application for Compensation* (the "Amended NFR") [Docket No. 71] were filed on September 4, 2026. The NFR advised all parties in interest that any objections to the Amended Report or Amended NFR were required to be filed within thirty (30) days of September 4, 2026. The deadline for objections to the Report or NFR was October 7, 2026. No party has objected.

Dated: October 8, 2026.

Respectfully submitted,

/s/ Laurie Dahl Rea
Laurie Dahl Rea
State Bar No. 00796150
ROCHELLE MCCULLOUGH PLLC
300 Throckmorton Street, Suite 520
Fort Worth, TX 76102
Telephone: 817-347-5260
Facsimile: 817-347-5269
laurie.rea@romclaw.com

CHAPTER 7 TRUSTEE